# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

KATHLEEN KITTERMAN,
ANNA CRONIN,
CORRIE BALL,
MARVIN BALL,
MARGARET BROGAN and
EVAN JONES,

    Plaintiffs,

vs.                               CASE NO.: 2:12cv146

CLAUDIO TOVAR-GUZMAN,

FORTINO GARCIA AND SONS
HARVESTING, INC., and,

KUZZEN'S,

    Defendants.
_____/



### DEPOSITION OF MARIA JIMENEZ

Taken on Behalf of the Plaintiffs

DATE TAKEN:     May 29, 2013

TIME:           9:13 a.m. - 11:19 a.m.

PLACE:          Gregory Court Reporting
                2650 Airport Road South, Ste. A
                Naples, FL  34112


Examination of the witness taken before:

Jan D. Bickford, Court Reporter
Gregory Court Reporting Service, Inc.
2650 Airport Road South, Suite A
Naples, Florida  34112
Telephone:  (239) 774-4414    FAX:  (239) 774-5261

CERTIFIED COPY

```
 1                    APPEARANCES
 2

 3   On Behalf of the Plaintiffs:

 4         PATRICK M. BROGAN, ESQ.
           DAVEY & BROGAN, P.C.
 5         101 Granby Street, Suite 300
           Norfolk, VA  23514
 6
     On Behalf of Claudio Tovar-Guzman and Fortino Garcia and
 7   Sons Harvesting, Inc.:

 8         JAMES R. JEBO, ESQ. {Via speakerphone}
           HARMAN, CLAYTOR, CORRIGAN & WELLMAN
 9         P.O. Box 70280
           Richmond, VA  23255
10
     On Behalf of Kuzzen's:
11
           BRIAN N. CASEY, ESQ.
12         TAYLOR & WALKER, P.C.
           555 E. Main Street, Suite 1300
13         P.O. Box 3490
           Norfolk, VA  23510
14
     On Behalf of USAA:
15
           JOHN G. BAKER, ESQ. {Via speakerphone}
16         FRAIM & FIORELLA, PC
           Town Point Center
17         150 Boush Street, Suite 601
           Norfolk, VA  23510
18
     On Behalf of ACE:
19
           ALEXANDER K. PAGE, ESQ. {Via speakerphone, }
20         LeCLAIR RYAN
           123 East Main Street, Eighth Floor
21         Charlottesville, VA  22902

22   Also Present:

23         MARGARET BROGAN
           CHRISTOPHER HARRELL {Via speakerphone}
24

25
```

I N D E X                                               PAGE

Direct Examination by Mr. Brogan...................... 5
Cross-examination by Mr. Baker........................ 82


                        E X H I B I T S

EXHIBIT NO.        DESCRIPTION                          PAGE
No. 1              Claudio Tovar-Guzman File             20
No. 2              Payroll Detail Report                 28
No. 3              List of Phase ID Phase Description    31
No. 4              Employee Checks                       67

```
                                                                    4
  1                      CERTIFICATE OF OATH
  2

  3   STATE OF FLORIDA )
  4   COUNTY OF COLLIER)

  5

  6       I, Jan D. Bickford, Notary Public for the State of
  7   Florida, do hereby certify that **MARIA JIMENEZ** appeared
  8   before me and was duly sworn by me to tell the truth.
  9       WITNESS MY HAND AND MY SEAL in the City of Naples,
 10   County of Collier, State of Florida, this 14th day of July
 11   2013.
 12
 13
 14
 15                          _____
                             Jan D. Bickford, Court Reporter
 16                          Notary Public, State of Florida
                             Commission No.:  EE020458
 17                          Commission Expires:  10/3/14
 18
 19
 20                              
 21
 22
 23
 24
 25
```

1 takes care of those payroll services?
2     A     Yes.
3     Q     And for people working for Kuzzen's who are below
4 the foreman level, LFC Agricultural Services takes care of
5 those workers --
6     A     Yes.
7     Q     -- Kuzzen's workers?
8     A     That are working at a Kuzzen's, yes.
9     Q     Okay. Does Kuzzen's actually employ anybody?
10     A     No.
11     Q     Okay.
12     MR. BAKER: This is John Baker. What was the
13 answer to that question?
14     MR. CASEY: She said, "no."
15     MR. BAKER: Okay.
16 BY MR. BROGAN:
17     Q     So everybody who works on Kuzzen's farms is
18 either employed by LFC Management Services, Inc., or LFC
19 Agricultural Services, Inc.?
20     A     Correct.
21     Q     Okay. Now, are you employed by any other entity?
22     A     No.
23     Q     Okay. So do you know whether Kuzzen's files a
24 consolidated tax return -- or I guess I should be asking
25 whether Lipman files a consolidated tax return?

28

1 a worker in the field receives this notification letter
2 and does nothing about it, do you wait until you get
3 another letter from the Social Security Administration?
4     A    I don't know what it is that they do, but I -- I
5 don't know what it is that they do.
6     Q    Okay. I would like to turn your attention to
7 some other documents we received.
8     MR. BROGAN: Hey, guys, I'm handing her what we
9     have been given from Kuzzen's, identified as
10     Kuzzens-004 through, I guess, -85. Yeah, through -85.
11     (Exhibit No. 2 was marked for identification.)
12 BY MR. BROGAN:
13     Q    Here we go. This is -- Exhibit 2 is a -- has
14 written on the top of it "Payroll Detail Report, LFC
15 Agricultural Services, Inc." It's also identified as, on
16 the side, Kuzzens-00004 through Kuzzens-00085?
17     A    Okay.
18     Q    Okay. I have a few questions regarding this.
19     And this is -- can you tell me the name of
20 individual for whom this payroll report is printed?
21     A    It is Claudio Tovar-Guzman -- or I'm sorry.
22 Yeah, Tovar-Guzman, yes.
23     Q    Okay. Okay. Well, now I guess you admit that
24 Claudio Tovar-Guzman was an employee of LFC Agricultural
25 Services, at least for the dates that are identified in

1 here?
2     A    Yes.
3     Q    Okay. And let me start off with -- with the top.
4 What is -- the entry number, what's that number?
5 What does it identify?
6     A    Entry number? I don't work in payroll, but --
7     Q    Okay.
8     A    -- from my understanding it is whenever a payroll
9 is entered into the payroll system, that -- that's what
10 the entry number is -- it stands for. Whenever Claudio
11 Tovar-Guzman was in -- whenever that payroll for -- the
12 first line, the back pay hourly, it was entered in, it was
13 saved as 21739. It's an automated number that just gets
14 assigned to it.
15     Q    Okay. So that's particular to Claudio Guzman?
16     A    Yes.
17     Q    Okay. So --
18     A    And it may include other individuals. It's
19 not -- he may be the only one. He may have some -- you
20 know, there may have been other individuals that may have
21 been saved.
22     Q    Okay. So just a way to find it in the -- in the
23 software?
24     A    Yes. Correct.
25     Q    Okay. Fair enough. When it says "Work Date," I

```
 1  take it that's the date the individual worked?
 2       A    Yes.
 3       Q    Or would that be the date he was paid?
 4       A    The day the individual worked.
 5       Q    Okay.  And this "Multi Chk," I guess -- I guess
 6  if it was more than one check, it would say two or three
 7  or something?
 8       A    Yes.
 9       Q    Okay.  And then "St," the state in which he was
10  working at the time?
11       A    Correct.
12       Q    So if it says "Virginia," would he have been
13  working at Kuzzen's Virginia farm?
14       A    Yes.
15       Q    If it said "South" -- or "SC," that would have
16  been Kuzzen's farm in South Carolina?
17       A    Yes.
18       Q    Okay.  This "Min Guar," do you know what that
19  means?
20       A    I believe it's minimum wage guaranteed.
21       Q    Okay.  I'll come back to that.
22            And then "Ag" --
23       A    I don't know.
24       Q    -- means he's an agriculture worker?
25       A    I'm not -- I don't know.
```

1  REPORTER'S DEPOSITION CERTIFICATE
2
3  STATE OF FLORIDA )
4  COUNTY OF COLLIER)
5
6     I, Jan D. Bickford, Court Reporter and Notary Public
7  in and for the State of Florida at Large, certify that I
8  was authorized to and did stenographically report the
9  deposition of MARIA JIMENEZ; that a review of the
10 transcript was requested and that the transcript is a true
11 and complete record of my stenographic notes.
12     I further certify that I am not a relative, employee,
13 attorney, or counsel of any of the parties; nor am I a
14 relative or employee of any of the parties' attorney or
15 counsel connected with the action; nor am I financially
16 interested in the action.
17     DATED this 14th day of July 2013.
18
19                       _____
20                       Jan D. Bickford, Court Reporter
                        Notary Public, State of Florida
21                       Commission No.: EE020458
                        Commission Expires: 10/3/14
22
23
24
25