IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

KATHLEEN KITTERMAN,
ANNA CRONIN,
CORRIE BALL,
MARVIN BALL,
MARGARET BROGAN and
EVAN JONES,

    Plaintiffs,

vs.                        CASE NO.: 2:12cv146

CLAUDIO TOVAR-GUZMAN,

FORTINO GARCIA AND SONS
HARVESTING, INC., and,

KUZZEN'S,

    Defendants.
_____/



## DEPOSITION OF MARIA JIMENEZ

Taken on Behalf of the Plaintiffs

DATE TAKEN:    May 29, 2013

TIME:    9:13 a.m. - 11:19 a.m.

PLACE:    Gregory Court Reporting
          2650 Airport Road South, Ste. A
          Naples, FL 34112

Examination of the witness taken before:

Jan D. Bickford, Court Reporter
Gregory Court Reporting Service, Inc.
2650 Airport Road South, Suite A
Naples, Florida 34112
Telephone: (239) 774-4414    FAX: (239) 774-5261

**CERTIFIED COPY**

```
                            APPEARANCES
```

On Behalf of the Plaintiffs:

      PATRICK M. BROGAN, ESQ.
      DAVEY & BROGAN, P.C.
      101 Granby Street, Suite 300
      Norfolk, VA  23514

On Behalf of Claudio Tovar-Guzman and Fortino Garcia and Sons Harvesting, Inc.:

      JAMES R. JEBO, ESQ. {Via speakerphone}
      HARMAN, CLAYTOR, CORRIGAN & WELLMAN
      P.O. Box 70280
      Richmond, VA  23255

On Behalf of Kuzzen's:

      BRIAN N. CASEY, ESQ.
      TAYLOR & WALKER, P.C.
      555 E. Main Street, Suite 1300
      P.O. Box 3490
      Norfolk, VA  23510

On Behalf of USAA:

      JOHN G. BAKER, ESQ. {Via speakerphone}
      FRAIM & FIORELLA, PC
      Town Point Center
      150 Boush Street, Suite 601
      Norfolk, VA  23510

On Behalf of ACE:

      ALEXANDER K. PAGE, ESQ. {Via speakerphone, }
      LeCLAIR RYAN
      123 East Main Street, Eighth Floor
      Charlottesville, VA  22902

Also Present:

      MARGARET BROGAN
      CHRISTOPHER HARRELL {Via speakerphone}

3

1                         I N D E X                            PAGE
2    Direct Examination by Mr. Brogan......................   5
3    Cross-examination by Mr. Baker........................  82
4
5                         E X H I B I T S
6    EXHIBIT NO.           DESCRIPTION                        PAGE
7    No. 1         Claudio Tovar-Guzman File                   20
8    No. 2         Payroll Detail Report                       28
9    No. 3         List of Phase ID Phase Description          31
10   No. 4         Employee Checks                             67

1  Q   Okay. But you have seen the 30(b)(6) notice and
2  Kuzzen's has appointed you to answer the topics that are
3  presented there, correct?
4  A   Yes.
5  Q   Okay. Now, if something -- if I go awry of the
6  topics, I'm your sure attorney will object and we'll try
7  and work it out and get back on the record. Okay?
8  A   Okay.
9  Q   By way of identification, will you please state
10 your -- well, you've stated your name, but where do you
11 live?
12 A   In LaBelle, Florida.
13 Q   Okay. And what's your age?
14 A   I am 31.
15 Q   Are you a U.S. citizen?
16 A   Yes.
17 Q   And what is your -- for whom -- or by whom are
18 you employed?
19 A   Lipman is our -- is a brand name. I'm employed
20 by them.
21 Q   Okay. Now, Lipman is not actually an entity in
22 and of itself; is it? I mean, it's a fictitious name for
23 33 different corporations; is that correct?
24 A   Yes. It's the brand.
25 Q   Okay. So do you know who you actually work for,

1  which of those corporations?
2      A    LFC Management Services, Incorporated.
3      Q    Okay. And do you have a title with LFC
4  Management Services?
5      A    Safety Compliance Manager.
6      Q    Okay. So are you over David Garcia? Does he
7  fall within your line of --
8      A    No. We work together but we're not -- our
9  departments aren't together, I would say.
10     Q    Okay. I just noticed that he also had compliance
11 in his title, so I thought maybe he fell into your line of
12 supervision.
13     A    No.
14     Q    Can you tell me what does the Safety Compliance
15 Manager do?
16     A    This is more of the workman's comp, the safety
17 training, the OSHA, all of the -- like I said, the
18 workmen's comp; the litigated cases; filing the daily
19 reports; whenever somebody gets hurt, incident reports;
20 and like I said, the OSHA training.
21     Q    Okay. Were you involved in that Williamson case
22 up in Pennsylvania?
23     A    No.
24     Q    Okay.
25     A    No.

1	Q	Who is your immediate supervisor?
2	A	John Martinez.
3	Q	And does he also work for LFC Management
4	Services, Inc.?
5	A	Yes.
6	Q	Okay. I'd like to talk about the Lipman
7	branding.
8		Basically, do you know how many corporations are
9	identified as Lipman?
10	A	The exact number, no.
11	Q	Okay. I mean, I've added up to 32 or 33.
12		Do you agree that it's about that many or more or
13	less or --
14	A	I actually thought it was less.
15	Q	Okay. All right. I just went on to the Florida
16	State-thing and state corporation and punched in "Lipman
17	as a fictitious name."
18		But how do all these various corporations -- do
19	they all act as each other's agent; is that it?
20		MR. CASEY: Object to form, but you can answer if
21	  you can.
22		THE DEPONENT: I'm not positive.
23	BY MR. BROGAN:
24	Q	Okay. I guess my question why is an LFC
25	Management Services person here testifying on behalf of

10

1  Kuzzen's, Inc?

2  A    LFC Management is our payroll processing company

3  for employees that are foreman level and above.  Kuzzen's

4  is at the farming and packing operation in Virginia and

5  also South Carolina.

6  Q    Okay.  So would LFC Management Services -- would

7  people who actually work on Kuzzen's farm be employed by

8  LFC Management Services?

9  A    Yes.

10  Q    Okay.  And would -- there's also another name

11  I've seen, which is LFC Administrative Services?

12  A    There's no Administrative Services.  There's LFC

13  Agricultural Services.

14  Q    Oh, Agricultural Services.  Sorry.

15      And how is that different from LFC Management

16  Services, Inc.?

17  A    It's also a payroll processing company for --

18  their position being below foreman level.

19  Q    Okay.  So basically LFC Management Services and

20  LFC Agricultural Services do the similar roles?

21  A    Yes.

22  Q    They're both payroll processing?

23  A    Correct.

24  Q    Okay.  So for individuals working for Kuzzen's in

25  the foreman level and higher, LFC Management Services

1  sure that it has -- the same process probably applies to
2  other farms, but we're concerned more with Kuzzen's farm
3  in South Carolina and the farm in Virginia.
4      A   Okay.
5      Q   Do you know if Kuzzen's has other farms other
6  than in South Carolina and Virginia?
7      A   No.
8      Q   Okay. How is it that Kuzzen's hires workers for
9  their farm in South Carolina?
10     A   Workers are recruited. The agricultural workers
11 are recruited by the independent contractor and they
12 actually have to be hired in -- have to have worked in
13 Florida prior to -- to going to South Carolina and/or
14 Virginia.
15     Q   Okay.
16     A   So they get recruited down here in Florida. They
17 work down here in Florida and then they're able to travel
18 up north to work up there.
19     Q   Okay. Now, when you say "hired," who hires these
20 individuals?
21     A   Well, like I said, they get recruited by the
22 independent contractor. They bring them into one of the
23 farm offices or either HR and we do the actual hiring.
24     Q   Okay. So that would be LFC Agricultural Services
25 that does the actual hiring --

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA )
COUNTY OF COLLIER)

    I, Jan D. Bickford, Court Reporter and Notary Public in and for the State of Florida at Large, certify that I was authorized to and did stenographically report the deposition of MARIA JIMENEZ; that a review of the transcript was requested and that the transcript is a true and complete record of my stenographic notes.

    I further certify that I am not a relative, employee, attorney, or counsel of any of the parties; nor am I a relative or employee of any of the parties' attorney or counsel connected with the action; nor am I financially interested in the action.

    DATED this 14th day of July 2013.

                               *(signature)*
                    Jan D. Bickford, Court Reporter
                    Notary Public, State of Florida
                    Commission No.: EE020458
                    Commission Expires: 10/3/14