EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KATHLEEN KITTERMAN,
ANNA CRONIN,
CORRIE BALL,
MARVIN BALL,
MARGARET BROGAN, and
EVAN JONES,

          Plaintiffs,

v.                                            Civil Action No: 2:12cv146

CLAUDIO TOVAR-GUZMAN,
FORTINO GARCIA AND SONS
HARVESTING, INC., and
KUZZENS, INC.,

          Defendants.

## ORDER

Pursuant to the parties' Consent Order filed January 20, 2014 (ECF No. 101-1), Plaintiffs' "Consent Motion to Amend Second Amended Complaint to Consolidate this Action with Civil Action No[.] 2:14cv16 and to Continue the Trial Date of the Amended and Consolidated Action" (ECF No. 101) is **GRANTED** as follows:

With the agreement of all parties, and good cause having been shown, Plaintiffs' "Motion to Amend Their Second Amended Complaint Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Rule 7(F)(1)" (ECF No. 99) is **GRANTED**.

The Third Amended Complaint submitted on January 13, 2014 (ECF No. 99-1) is hereby **ORDERED** filed.

1

The Court further **ORDERS** that the action styled *Kathleen Kitterman and Anna Cronin v. LFC Agricultural Services, Inc., and LFC Enterprises, Inc.*, 2:14cv016, filed on January 14, 2014 be and hereby is consolidated with this action.

As a consequence of the amending and consolidation of the actions, additional time is required in order to serve the newly added Defendants and permit them to make an appearance and prepare for trial. The trial date of February 11, 2014 is therefore **CONTINUED**.

The parties are **ORDERED** to contact the clerk's office no later than February 11, 2014 to set a new Rule 16(b) Scheduling Order.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

January 22nd, 2014
Norfolk, Virginia