EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION


KATHLEEN KITTERMAN, ANNA CRONIN,
CORRIE BALL, MARVIN BALL, MARGARET
BROGAN and EVAN JONES,

     Plaintiffs,

                           CASE NO. 2:12cv146

v.

CLAUDIO TOVAR-GUZMAN,
FORTINO GARCIA and SONS
HARVESTING, INC., and
KUZZENS, INC.,

     Defendants.

_____/




DEPOSITION OF
FORTINO GARCIA


Taken on Behalf of the Plaintiffs


DATE TAKEN:     February 21, 2013
TIME:          3:49 p.m. to 5:18 p.m.
PLACE:         Gregory Court Reporting
               2605 Airport Road South
               Naples, Florida  34112


Examination of the witness taken before:




Terri L. Lewis, Notary and Court Reporter
Gregory Court Reporting Service, Inc.
2650 Airport Road South
Naples, FL  34112

**CERTIFIED COPY**

APPEARANCES

| | |
|---|---|
| For the Plaintiffs: | PATRICK M. BROGAN, ESQ.<br>Davey & Brogan, PC<br>101 Granby St., Suite 300<br>Norfolk, VA 23514-3188 |
| For Defendant Claudio<br>Tovar-Guzman and<br>Fortino Garcia and<br>Sons Harvesting, Inc.: | JAMES R. JEBO, ESQ.<br>Harman, Claytor, Corrigan &<br>Wellman<br>P.O. Box 70280<br>Richmond, VA 23255 |
| For Defendant USAA: | JOHN G. BAKER, ESQ.<br>Fraim & Fiorella, PC<br>Town Point Center<br>150 Boush Street, Suite 601<br>Norfolk, VA |
| For Defendant ACE: | ALEXANDER K. PAGE, ESQ.<br>LeClair Ryan<br>123 East Main Street<br>Eighth Floor<br>Charlottesville, VA 22902 |
| For Defendant Kuzzens,<br>Inc.: | BRIAN N. CASEY, ESQ.<br>Taylor & Walker, PC<br>555 East Main Street<br>Suite 1300<br>Norfolk, VA 23510 |

* * * * * * *

INDEX

| WITNESS | PAGE |
|---|---|
| FORTINO GARCIA | |
| Direct Examination by Mr. Brogan | 4 |
| Cross-Examination by Mr. Casey | 58 |
| Cross-Examination by Mr. Baker | 59 |
| Redirect Examination by Mr. Brogan | 60 |

* * * * * * *

EXHIBITS

| DESCRIPTION | | PAGE |
|---|---|---|
| 1 | Notice of Deposition | 8 |
| 2 | Independent Contract Agreement | 22 |
| 3 | Employee Checks | 32 |
| 5 | Photo | 53 |
| 6 | Photo | 54 |
| 7 | Photo | 54 |
| 8 | Photo | 54 |
| 9 | Photo | 55 |

* * * * * * * *

CERTIFICATE OF OATH

STATE OF FLORIDA )

COUNTY OF COLLIER)

I, Terri L. Lewis, Court Reporter and Notary Public, State of Florida, do hereby certify that FORTINO GARCIA personally appeared before me on the 21st day of February 2013 and was duly sworn.

WITNESS MY HAND AND MY SEAL in the City of Naples, County of Collier, State of Florida, this 5th day of March 2013.

Terri L. Lewis, Court Reporter
and Notary Public
State of Florida
My Commission No. DD 909558
Expires: August 23, 2013

1    to go pick the tomatoes at Kuzzens' farm in Exmore,

2    Virginia?

3         A    Correct.

4         Q    Okay.  And was this also the way it was back

5    in June and July of 2011?

6         A    Correct.

7         Q    Okay.  All right.  I'm going to take a step

8    back from that and ask you about your business itself.

9    You own a business called Fortino Garcia and Sons

10   Harvesting, Inc., correct?

11        A    Yes.

12        Q    And is that incorporated in the State of

13   Florida?

14        A    Yes.

15        Q    Okay.  Are you the sole owner of that company?

16        A    Me and my wife.

17        Q    You and your wife.  Is she an officer in the

18   company?

19        A    Yes.

20             MR. BAKER:  This is John.  He's got to speak

21        up.

22             MR. BROGAN:  Can you speak up?

23             THE WITNESS:  Yes.

24   BY MR. BROGAN:

25        Q    All right.  I'll be asking you about Fortino

1    of 2011, did your -- did the employees, the workers, get

2    paid every week?

3         A    Yes.

4         Q    Who gave them the checks?

5         A    The company -- I mean Lipman.

6         Q    Lipman.  Lipman gave them -- and was it a

7    Lipman check?

8         A    Yes.

9         Q    Okay.  Did Tovar-Guzman get a check every week

10   that -- when he was working in June of 2011 in South

11   Carolina at Lipman's farm?

12        A    Yes.

13        Q    And that was Kuzzens, Inc.'s farm; is that

14   correct?

15        A    Yes.

16        Q    Okay.  When all the workers are trying to get

17   from South Carolina to Virginia, how do they get from

18   South Carolina to Virginia?

19        A    Some of them ride the bus with Victor Roman,

20   and some of them have their own vehicles.

21        Q    Okay.  So -- but you do provide transportation

22   to the migrant workers from Kuzzens' farm in South

23   Carolina to Kuzzens' farm in Exmore?

24        A    Yes.

25        Q    Okay.  I understand that you hired -- or at

1   least in your answers to interrogatories you say you

2   hired an individual name Victor Sanchez.  Who is Victor

3   Sanchez?

4        A    He was just there.  I told him I needed a

5   driver for my bus because I had to stay behind, and he

6   said that he would take the bus for me.  I paid him

7   $200.  And then he said the other guy said he's going to

8   go with him, you know, to show him where the farm was,

9   the camp with the people's things.

10       Q    And by the other guy, you mean Tovar-Guzman?

11       A    Tovar, guess.

12       Q    Okay.  So where is -- how do you know Victor

13  Sanchez?

14       A    I never known him.  He just knew that I was

15  looking for a driver, and he come to me.

16       Q    Okay.  Did he fill out one of those

17  pre-employment --

18       A    No.

19       Q    -- questionnaires?

20       A    No.

21       Q    Okay.  Where does Victor Sanchez work?  I

22  mean, where does he live now?

23       A    At the time he was in South Carolina.

24       Q    Did you have an address for him?

25       A    No.

```
 1       Q    Do you have a photocopy of a driver's license
 2   he had?
 3       A    No.  I just checked his license to make sure
 4   it was good --
 5       Q    Okay.
 6       A    -- and he had a license to drive the bus.
 7       Q    What license did he have?
 8       A    Class A, CDL, passenger endorsement.
 9       Q    For what state?
10       A    South Carolina.
11       Q    When was this that you talked to him?
12       A    I don't remember.
13       Q    Do you know when they left South Carolina?
14       A    I think it was on the 29th, the 28th of --
15   because we were supposed to be, on the 1st, in Virginia.
16       Q    You were supposed to be in Virginia on the 1st
17   of July in 2011?
18       A    Yes.
19       Q    And why were you supposed to be there
20   July 1st?
21       A    To start harvest, second crop.
22       Q    Who told you to be there July 1st?
23       A    Garcia, but I don't remember if it was the
24   first or the -- to be -- I don't know what actual day,
25   but it was around them days.
```

```
 1        Q    Okay.  You know this accident happened
 2   July 2nd at about 7 o'clock in the morning.
 3        A    (Witness nods head.)
 4        Q    Do you know when this guy Victor Sanchez and
 5   Tovar-Guzman left South Carolina?
 6        A    It was on the 1st around 8 o'clock at night.
 7        Q    Have you ever seen Victor Sanchez since?
 8        A    I -- no.
 9        Q    Have you spoken to him since?
10        A    No.
11        Q    Do you have any paperwork on this guy Victor
12   Sanchez?
13        A    No.
14        Q    Did you pay him $200 in cash or check?
15        A    Cash.
16        Q    You don't have any information as to what --
17   where he lived?
18        A    (Witness shakes head.)
19        Q    You didn't photocopy his CDL?
20        A    No.
21        Q    Did he have insurance?  Did he personally have
22   insurance, an automobile insurance?
23        A    I don't know.
24        Q    Okay.  Do you know what happened to Victor
25   Sanchez?
```

```
1        A    No.

2        Q    Did he ever make it to Exmore, Virginia?

3        A    No.

4        Q    Did he make it --

5        A    What happened, down the middle of the road,

6  Guzman told me that he stepped off the bus, he never

7  came back, and that's when he drove the bus.

8        Q    Did he say where he was when this guy Sanchez

9  stepped off the bus?

10       A    He just told me somewhere in South Carolina --

11 South Carolina.

12       Q    Was it North or South Carolina?

13       A    North Carolina.

14       Q    I mean, did he say what city in North

15 Carolina?

16       A    No.

17       Q    Did he say why they were stopping in North

18 Carolina?

19       A    No.  He just told me they stopped at the

20 store.

21       Q    Did he tell you what they were buying?

22       A    No.

23       Q    Did they buy alcohol?

24       A    No.

25       Q    So Victor Sanchez, did he ever work for you --
```

1     A   No.

2     Q   -- other than the fact that you paid him $200

3 to drive your bus?

4     A   Yes.

5     Q   Okay.  How did you find him?

6     A   He was always around at the store where we

7 usually get our fuel.  He found out I needed a driver.

8 He came up to me, and he told me that he would help me

9 out, and I said fine.

10    Q   So did you hire him July 1st at 8 o'clock

11 before the -- how much before they left did you hire

12 him?  How --

13    A   I didn't -- well, I didn't hire him.  I just

14 paid him to take the bus.

15    Q   Okay.  Paid him to take the bus.  When did you

16 pay him to take the bus; when they were leaving?

17    A   When they left.

18    Q   Okay.  So the bus was all packed with gear; is

19 that right?

20    A   Stuff, people -- people's stuff, yes.

21    Q   Okay.  And it was packed with the stuff of all

22 the various migrant and seasonal workers?

23    A   (Witness nods head.)

24    Q   And you had arranged this, like, the day

25 before, or did you just go and fill up with gas and find

1  Victor Sanchez hanging around the filling station?

2      A    No, I was at the camp.  I was going to drive

3  the bus.  He come up, and he told me he would help me

4  out.  And I said fine, because I had stuff to do, and I

5  didn't want to go and come back, so that's why I said

6  fine.

7      Q    Okay.  So you've never seen him since?

8      A    No.

9      Q    He wasn't hanging around the farm this year?

10      A    No.

11      Q    So when was he supposed to -- when was Victor

12  Sanchez supposed to get the bus to Exmore, Virginia?

13      A    Next day, next morning.

14      Q    Okay.  Why?  Was there a reason that they

15  needed to be there that early?

16      A    He had to have the people's belongings at the

17  camp.

18      Q    Was there a time?

19      A    No.

20      Q    Were the people working that Saturday?

21      A    No.

22      Q    If Victor Sanchez hadn't come along, what

23  would you have done?

24      A    I was going to drive it myself.

25      Q    Okay.  And were you going to leave at

GREGORY COURT REPORTING SERVICE, INC.

```
 1  8 o'clock that evening --

 2      A    Yes.

 3      Q    -- and drive through the night?

 4      A    Yes.

 5      Q    Did you discuss with -- you know, in your

 6  answers to interrogatories you say that Tovar-Guzman was

 7  forbidden to drive the bus.  How do you -- what words

 8  did you use to tell Tovar-Guzman not to drive the bus?

 9      A    Tovar works for me in the farm, in the fields.

10  He drives the trucks for me in the fields, and he knows

11  that he wasn't -- he never drives on the highway.  So he

12  knew that he wasn't supposed to drive that bus.

13      Q    Okay.  So you didn't -- you didn't specify,

14  you know, July 1st at 8 o'clock, as they're leaving, and

15  Tovar, you know you're not supposed to drive this bus,

16  right?

17      A    No, I didn't.

18      Q    Okay.  But he does drive the bus when it's in

19  the fields?

20      A    Not the bus, the field trucks.

21      Q    The field trucks.

22      A    Right.

23      Q    What's a field truck?

24      A    Tomato trucks that we use in the farm like

25  with a flatbed that we put tomatoes on them.
```

```
1   offenses?

2        A    No.

3        Q    He didn't tell you that?  And he didn't --

4   okay.  I won't submit that exhibit.

5             MR. BROGAN:  All right, guys.  I'm done.

6        Anybody want to ask other questions?

7             MR. CASEY:  This is Brian Casey.  I've got

8        just a small number of questions.

9             MR. JEBO:  Okay.

10                    CROSS-EXAMINATION

11  BY MR. CASEY:

12       Q    Mr. Garcia, I'm Brian Casey, and I've got a

13  few questions to ask you.

14            Did you hire Mr. Tovar-Guzman to drive the bus

15  at the time of the accident?

16       A    No, sir.

17       Q    Did your company, Fortino Garcia and Sons

18  Harvesting, Inc., hire Mr. Tovar-Guzman to drive the bus

19  at the time of the accident?

20       A    No.

21       Q    Did anyone hire Mr. Tovar-Guzman to drive the

22  bus?

23       A    No.

24       Q    And did he get paid to drive the bus?

25       A    No.
```

1      Q    Why not?

2      A    Because he wasn't supposed to.

3      Q    Would he have been paid if there had been no

4  accident?

5      A    No.

6           MR. CASEY:  I don't have anymore questions,

7      thank you.

8           MR. BAKER:  I've actually got one.  This is

9      John Baker.

10                    CROSS-EXAMINATION

11  BY MR. BAKER:

12     Q    Mr. Garcia, you said you have an insurance

13  broker for your company's policies?

14     A    For the bus, yes, sir.

15     Q    Do you know the insurance broker's name?

16     A    At the time, it was Bruce Henry.

17     Q    What company is he with?

18     A    Bruce Henry Insurance in Immokalee.

19     Q    Where is that located?

20     A    Immokalee, Florida.

21     Q    Can you spell that?

22          MR. JEBO:  I-m-m -- hang on;

23      I-m-m-o-k-a-l-e-e, Immokalee.

24          MR. CASEY:  All right.  I don't have anymore

25      questions.

1          **CERTIFICATE OF REPORTER**

2    STATE OF FLORIDA

3    COUNTY OF COLLIER

4          I, Terri L. Lewis, do hereby certify that I

5    was authorized to and did stenographically report the

6    deposition of FORTINO GARCIA; that a review of the

7    transcript was not requested; and that the foregoing

8    transcript is a true record of my stenographic notes.

9          I FURTHER CERTIFY that I am not a relative,

10   employee or attorney, or counsel of any of the parties,

11   nor am I a relative or employee of any of the parties'

12   attorney or counsel connected with the action, nor am I

13   financially interested in the action.

14         DATED this 5th day of March 2013 at Naples,

15   Collier County, Florida.

16

17

18                                   *Terri L. Lewis*
                                  Terri L. Lewis, Court Reporter

19                                  and Notary Public

20

21

22

23

24

25