IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| KATHLEEN KITTERMAN, ANNA CRONIN, CORRIE BALL, MARVIN BALL, MARGARET BROGAN and EVAN JONES, | ) ) ) ) | CIVIL ACTION NO.: 2:12-CV-146 |
| Plaintiffs, | ) ) | DEPOSITION OF: FORTINO GARCIA |
| vs. | ) ) | |
| CLAUDIO TOVAR-GUZMAN, FORTINO GARCIA and SONS HARVESTING, INC. and KUZZENS, INC. d/b/a LIPMAN LFC AGRICULTURAL SERVICES, INC. d/b/a LIPMAN LFC ENTERPRISES, INC., d/b/a LIPMAN, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

--------------------------)

| | | |
|---|---|---|
| KATHLEEN KITTERMAN and ANNA CRONIN, | ) ) | CIVIL ACTION NO.: 2:14-CV-16 |
| Consolidated Plaintiffs, | ) ) | |
| vs. | ) ) | |
| LFC AGRICULTURAL SERVICES, INC. d/b/a LIPMAN LFC AGRICULTURAL ENTERPRISES, INC., d/b/a LIPMAN, | ) ) ) ) | |
| Consolidated Defendants. | ) ) | |

--------------------------)

1           Given before Aaron Selman, Court

2    Reporter and Notary Public, in the offices of

3    Moss, Kuhn & Fleming, 1501 North Street, Beaufort,

4    South Carolina, on Monday, July 7, 2014,

5    commencing at 10:00 a.m.

6

7    ------------------------------------------------

8

9

10

11           BETTYE ANDERSON & ASSOCIATES

12            Certified Court Reporters

13           (843)525-0791   (800)543-5506

14

15

```
 1                    - APPEARANCES -

 2

    For the Plaintiffs: Davey & Brogan
 3                      By: Patrick M. Brogan
                        Attorney at Law
 4                      101 Granby St., Ste. 300
                        Norfolk, VA 23510
 5

 6  For the Defendants Tovar-Guzman & Fortino Garcia
    and Sons Harvesting, Inc.:
 7                      Harman, Claytor, Corrigan &
                        Wellman
 8                      By: Michael E. Harman
                        Attorney at Law
 9                      4951 Lake Brook Dr., Ste. 100
                        Norfolk, VA 23510
10

11  For the Defendants Kuzzens, Inc. d/b/a Lipman LFC
    Agricultural Services, Inc. d/b/a Lipman LFC
12  Enterprises, Inc. d/b/a Lipman:
                        Taylor Walker
13                      By: Brian N. Casey
                        Attorney at Law
14                      555 East Main St.
                        Norfolk, VA 23510
15

16  For the UIM Carrier USAA:
                        Fraim & Fiorella
17                      By: Todd M. Fiorella
                        Attorney at Law
18                      150 Boush St., Ste. 601
                        Norfolk, VA 23510
19

20  For the UIM Carrier ACE:
                        LeClair Ryan
21                      By: H. Robert Yates, III
                        Attorney at Law
22                      (By Telephone)
                        123 East Main St., 8th Fl.
23                      Charlotteville, VA 22902

24
```

1              - INDEX TO EXAMINATION -

2                                                      Page

Direct Examination by Mr. Casey                     5

3   Cross Examination by Mr. Brogan                     33

4   Cross Examination by Mr. Fiorella                   87

5   Further Cross Examination by Mr. Brogan             107

6   Redirect Examination by Mr. Casey                   108

7

8

9

10                - INDEX TO EXHIBITS -

11  Deposition Exhibits for Identification

12
    1. Independent Contractor Agreement-Crew         7
13     Leader Providing Agricultural Services

14  2. Form VA-4                                        58

15  3. Daily Labor Tickets Dated 6/25/11, 6/27/11  82
       & 6/30/11
16

1          (Reporter Note: After diligent research,

2      phonetic spellings were used for all proper

3      names or words not specifically spelled

4      during the course of the deposition.)

5          MR. HARMAN:  I'm Mike Harman, and I'm

6   here with Fortino Garcia.  He is going to be the

7   witness with respect to the Rule 30(b)(6)

8   deposition of his company that has been noticed.

9          He's prepared.  We've gone over the

10  notices that you fellows want to discuss.  He's

11  obviously given a deposition before, so he

12  understands the ground rules.  I guess he's ready

13  to be re-sworn and answer your questions.

14          (FORTINO GARCIA, having been first duly

15      sworn, testified as follows:)

16  DIRECT EXAMINATION BY MR. CASEY:

17      Q.   Good morning, Mr. Garcia.

18      A.   Good morning, sir.

19      Q.   As you know, I'm Brian Casey, and I

20  represent Kuzzens and also LFC Agricultural

21  Services and LFC Enterprises, Inc., in this case.

22          I'm going to ask you a few questions on

23  the topics that we've identified before the

24  deposition.

25          If any of my questions are not clear,

1  please let me know and I'll try to make them

2  clearer.

3          If you need to take a break at any time,

4  just let us know and we can take a break at any

5  time.

6          You've given a deposition before, so you

7  know what it's all about.  First, please state

8  your name.

9      A.   Fortino Garcia.

10     Q.   And, Mr. Garcia, are you an owner of

11 Fortino Garcia and Sons Harvesting, Inc.?

12     A.   Yes, sir.

13     Q.   And are you an officer of the company as

14 well?

15     A.   Yes, sir.

16     Q.   What is your position with the company?

17     A.   With Kuzzens?

18     Q.   With Fortino Garcia and Sons Harvesting.

19     A.   I'm the owner of the company and I --

20 yes, sir.

21     Q.   And are there any other owners of Fortino

22 Garcia and Sons Harvesting?

23     A.   No, sir.  Just me and my wife.

24     Q.   Does the company have officers?

25     A.   No, sir.

1    Q.    Just you and your wife?

2    A.    Correct.

3    Q.    The name refers to "Sons," Fortino Garcia

4  and Sons Harvesting.  Do you have sons who also

5  work for the company?

6    A.    Not anymore, no, sir.

7    Q.    Did you at one time?

8    A.    Yes, sir.

9    Q.    And is Fortino Garcia and Sons Harvesting

10  incorporated in the state of Florida?

11   A.    Yes, sir.

12   Q.    What is the nature of the business of

13  Fortino Garcia and Sons Harvesting?

14   A.    The nature?

15   Q.    What type of business does your company

16  do?

17   A.    We just harvest tomatoes for Kuzzens or

18  Lipman.

19         MR. CASEY:  Let me show you a document

20  which we'll have marked as Exhibit No. 1.

21         (Whereupon, Deposition Exhibit No. 1 was

22      marked for identification.)

23         MR. HARMAN:  Is this the same as what I

24  think was Exhibit 2 in his first deposition?

25         MR. CASEY:  No.

1    MR. HARMAN:  Different date?

2    MR. CASEY:  Correct.

3 BY MR. CASEY:

4    Q.   Take this one with the exhibit number on

5 it.  Mr. Garcia, I've handed you what's been

6 marked as Deposition Exhibit No. 1.  What is this

7 document?  Do you recognize this document?

8    A.   Yes.  This is the contract that we get

9 from the company.

10    Q.   And this is the contract between Fortino

11 Garcia and Sons Harvesting and LFC Agricultural

12 Services, Inc.?

13    A.   Yes, sir.

14    Q.   Is this the contract by which Fortino

15 Garcia and Sons does work harvesting tomatoes as

16 you've described a moment ago?

17    A.   Yes, sir.

18    Q.   The date on this document is June 3,

19 2011.  Do you see that at the top?

20    A.   Right.

21    Q.   So I'm going to direct you back to the

22 year of 2011, and ask if Fortino Garcia and Sons

23 Harvesting performed agricultural services,

24 according to this agreement, for LFC Agricultural

25 Services back in 2011?

1      A.    Yes.

2      Q.    And did that include harvesting tomatoes

3  at times and at farm locations as-needed by LFC

4  Agricultural Services?

5      A.    Yes.

6      Q.    And did that include harvesting tomatoes

7  at a farm or farms near Beaufort, South Carolina,

8  in 2011?

9      A.    Yes.

10     Q.    And also at a farm or farms near Exmore,

11  Virginia, in 2011?

12     A.    Yes.

13     Q.    Any other farms during 2011 that your

14  company harvested pursuant to this agreement,

15  Exhibit 1?

16     A.    No.

17     Q.    I note that on page 3 of the agreement

18  that there's a Section 4.2 entitled

19  "Transportation."  Do you see that?

20     A.    Yes.

21     Q.    Did Fortino Garcia and Sons provide

22  transportation pursuant to this agreement back in

23  2011?

24     A.    Yes.

25     Q.    And did that include providing

1  transportation to farm workers to and from housing

2  in the fields to perform harvest work?

3       MR. BROGAN:  Object to the form.

4    A.   Yes, sir.

5  BY MR. CASEY:

6    Q.   And did that occur in the farms in or

7  near Beaufort, South Carolina, in 2011?

8    A.   Yes, sir.

9       MR. BROGAN:  Object to the form.

10  BY MR. CASEY:

11    Q.   Where did the farm workers stay when they

12  were working on the farms in Beaufort, South

13  Carolina, back in 2011?

14    A.   We stayed in the -- the name is Bayview

15  Camp here in Beaufort, South Carolina.

16    Q.   And did Fortino Garcia and Sons provide

17  the housing at Bayview Camp in Beaufort, South

18  Carolina?

19    A.   No.  The company does for the people,

20  yes.  They furnish the houses and we live there.

21    Q.   But the company that provides it is not

22  Fortino Garcia and Sons Harvesting, Inc. --

23    A.   No.

24    Q.   -- is that correct?

25    A.   Correct.

1    Q.   In 2011 in Beaufort, South Carolina, did

2   Fortino Garcia and Sons Harvesting, Inc.,

3   transport workers from the housing, the camp, that

4   you've just described to the farm fields in the

5   morning to work and then back to the housing in

6   the evening after the harvest was done?

7    A.   Yes.

8    Q.   In 2011 in South Carolina, did Fortino

9   Garcia and Sons Harvesting use buses to transport

10   those workers from the camp that you just

11   described to the farm fields each day?

12    A.   Yes, sir.

13    Q.   When the workers got off the buses at the

14   fields to begin each workday in the morning, did

15   the workers check-in or clock-in in some manner?

16    A.   We have a scanner.  We take the buses to

17   the main office.  They scan them in.  And then we

18   go from there to the fields, yes.

19    Q.   And in 2011 in South Carolina, where was

20   the main office that you took them to located?

21   Near the fields?

22    A.   I don't remember the name of the street.

23    Q.   So I just want to be clear, so correct me

24   if I'm wrong.  The buses would take the workers

25   from the housing camp to the office where they

1    would scan in, and then the buses would take them

2    to the field to begin work, is that how it worked?

3        A.    Yes, sir.

4        Q.    And you said to scan in.  Did the workers

5    have an identification card that they would run

6    through a scanner in the morning?

7        A.    Yes, sir.

8        Q.    Did Fortino Garcia and Sons Harvesting,

9    Inc., maintain or service that scanner?

10       A.    No.

11       Q.    Did Fortino Garcia and Sons Harvesting

12   issue the ID cards that were scanned into the

13   scanner?

14       A.    No.

15       Q.    Did Fortino Garcia and Sons Harvesting

16   make a report of who worked each day that was a

17   different record from the record made by the

18   scanner of the ID cards?

19       A.    Yes.

20       Q.    What record did Fortino Garcia and Sons

21   Harvesting make of the workers?

22       A.    Every day at the end of the day -- when

23   we start working, we have some chips.  Every

24   bucket they pick, we throw in a chip.  At the end

25   of the day, we collect them.

1    I have a notebook with their name written

2  down, and we put the chip numbers, 300, or

3  whatever.  Lipman provides the payroll and gives

4  to us.  We make it in the evenings, turn it in

5  every morning and they take it from there.

6    Q.   So the document that your company

7  prepares --

8    MR. BOBBY GARCIA:  Excuse me.  Can I butt

9  in?  Excuse me for a second.

10    Dad, I think what he's asking is, do you

11  keep records of the people when they scan in, how

12  many people went to work that day?  Does his

13  company keep records of that?  That's what you're

14  asking?

15    MR. CASEY:  That's correct.

16    MR. BOBBY GARCIA:  Right.  What he's --

17  like, say, you take fifty people to scan in, the

18  computer says fifty people.  Does your company

19  have other records of the people you take to work?

20  Do you keep your own records?

21    A.   Yes.

22    MR. BOBBY GARCIA:  Which you do know how

23  many people do go to work?

24    A.   Yes.

25    MR. BOBBY GARCIA:  He's asking what kind

1   of record is that.

2   BY MR. CASEY:

3       Q.   And is that the record you were just

4   talking about?

5       A.   Yes.

6       Q.   With the chips?

7       A.   Yes.

8       Q.   So when the workers -- at the end of the

9   day, the workers -- or during the day, the workers

10  are given a chip for each bucket, is that right?

11      A.   Yes.

12          MR. BROGAN:   Can we put on the record who

13  just spoke?

14          MR. HARMAN:   Oh, sure.   Give your full

15  name, Bobby.

16          MR. BOBBY GARCIA:   My name is Bobby

17  Garcia, Fortino's son.   And I help him a lot out

18  in the farm.   So a lot of questions if he don't

19  understand, I'll just explain it to him the --

20  just so he can understand the question a little

21  bit better, if that's all right.

22          MR. HARMAN:   Generally, it's what your

23  dad can remember, but we are trying to get at it.

24          MR. BOBBY GARCIA:   Okay.

25          MR. CASEY:   It is a 30(b)(6) of the

1  company.

2        MR. HARMAN:  I don't mind.  We're trying

3  to get it straight if y'all don't mind.

4        MR. BROGAN:  He wasn't testifying.  He

5  was just clarifying.  Having spent the last five

6  days with Russians, I understand interpretations

7  and interpreters.

8  BY MR. CASEY:

9     Q.   Mr. Garcia, let me just make sure I

10  understand.  During the day when the workers pick

11  tomatoes and put them in the buckets and once a

12  bucket is filled, your company puts a chip in that

13  bucket, is that right?

14     A.   Yes.

15     Q.   And then at the end of the day, your

16  company collects those chips and records how many

17  chips for each worker, is that right?

18     A.   Yes.

19     Q.   Is that on a piece of paper that your

20  company has?

21     A.   Yes.

22     Q.   Does that piece of paper have the name of

23  the individual worker, is that right?

24     A.   Yes.

25     Q.   And then the number of chips for that

1  day?

2      A.   Yes.

3      Q.   And then where does that piece of paper

4  go after that's prepared?

5      A.   After that prepared, I just leave it in

6  my notebook.  And then Lipman gives the payroll

7  sheet.  We transfer the pieces to their payroll

8  and turn it in in the office.

9      Q.   The names that your company uses on that

10 sheet of paper where you record the number of

11 chips, do those names come from the ID badges?

12     A.   Yes.

13     Q.   Are there any other records that your

14 company, Fortino Garcia and Sons, makes of the

15 workers who work each day --

16     A.   No.

17     Q.   -- other than what you just described?

18     A.   (Witness nodded head negatively.)

19     Q.   So at the end of the harvest day, your

20 company then picks up the workers on one of your

21 buses, correct?

22     A.   (Witness nodded head affirmatively.)

23     Q.   Is that right?

24     A.   Yes.

25     Q.   And then do they check out at the end of

1  the day?

2     A.   Yes, sir.

3     Q.   Go back to the office where they had

4  scanned in in the morning, is that right?

5     A.   Yes.

6     Q.   And then they scan their ID card in at

7  the end of the day there as well?

8     A.   Yes.

9     Q.   And then your company drives them back to

10  the housing camp?

11     A.   Yes.

12     Q.   And does your company also, Fortino

13  Garcia and Sons Harvesting, Inc., does it also

14  sometimes transport the workers locally for

15  groceries or shopping?

16     A.   No.

17     Q.   Do you get the groceries yourself and

18  bring them back to the camp?

19     A.   They have their own vehicles.

20     Q.   They use their own vehicles?

21     A.   They have their own vehicles, yes.

22     Q.   You use the buses just to transport them

23  during the harvest from the camp to the office, to

24  the fields, back to the office and then back to

25  camp?

1      A.    Yes, sir.

2      Q.    Thank you.  Are the farm workers paid on

3 a weekly basis?

4      A.    Every two weeks.

5      Q.    Every two weeks, okay.  And is that a

6 payment that is made by a check?

7      A.    Yes.

8      Q.    Fortino Garcia and Sons does not issue

9 the checks, is that correct?

10     A.    No.

11     Q.    Does Fortino Garcia and Sons deliver the

12 checks to the workers?

13     A.    No.

14     Q.    I want to talk about the buses a little

15 bit.  Back in 2011, as I understand it, your

16 company, Fortino Garcia and Sons Harvesting, had

17 two buses, is that right?

18     A.    Yes.

19     Q.    And those are the two buses that it used

20 to transport workers from the housing to the

21 office, to the fields, back to the office and then

22 back to the housing, correct?

23     A.    Yes.

24     Q.    Did Fortino Garcia and Sons own any other

25 vehicles that were used in the harvesting or

1    farming process other than the two busses?

2        A.    The field trucks that I use in the field.

3        Q.    How many field trucks back in 2011 did

4    your company --

5        A.    Six.

6        Q.    And what did the field trucks do?

7        A.    They just -- they go from the packing

8    house -- actually, from the fields to the packing

9    house to get the bins where we normally dump the

10   tomatoes.  Bring them to the fields.  Load them

11   up.  And bring them back to the packing house.

12       Q.    And those trucks were owned by Fortino

13   Garcia and Sons Harvesting?

14       A.    Yes.

15       Q.    And the buses were also owned by Fortino

16   Garcia and Sons Harvesting?

17       A.    Yes.

18       Q.    One of the buses, as you know, that was

19   owned by your company was involved in the accident

20   that brings us all here because of this lawsuit.

21   Do you know when your company acquired that bus?

22       A.    I bought it in 2010, around August.

23       Q.    And where did you purchase it?

24       A.    In Maryland.

25       Q.    Do you know who you purchased it from?

1     A.    Charles Fisher.

2     Q.    And is Charles Fisher a dealer or an

3  individual?

4     A.    An individual.

5     Q.    Do you know where he --

6     A.    Princess Anne, Maryland.

7     Q.    And was it bought used?

8     A.    Yes.

9     Q.    How about the second bus that your

10  company owned back in 2011, do you recall when you

11  acquired that?

12     A.    No.

13     Q.    Who serviced the bus that was involved in

14  the accident when it needed service or

15  maintenance?

16     A.    My company.

17     Q.    Did you have somebody with your company

18  that did it or did you just take it to a shop at

19  some point?

20     A.    We have our own mechanic.

21     Q.    So you had your own mechanic who was an

22  employee of Fortino Garcia and Sons Harvesting,

23  Inc.?

24     A.    Yes.

25     Q.    Did your mechanic take care of things

1    like oil changes?

2       A.   That's about it.  Oil changes.

3       Q.   Oil changes.  How about tires when it

4    needed new tires?

5       A.   We put tires and brakes.

6       Q.   And who took care of seeing that it

7    passed inspection?

8       A.   Plus when we buy a bus like that, we got

9    to get it registered.  And they come out and

10   inspect the bus, make sure everything is fine

11   because we're transferring people.  And if it's

12   not right, they would not give us the stickers and

13   the company will not let us put people in the

14   buses.  So that's the way we do it.

15        And then the Feds come out, check the

16   crew leaders, check the buses and make sure

17   everything is the way it's supposed to be, federal

18   people.

19      Q.   Who paid for things like oil changes, new

20   batteries?

21      A.   My company.

22      Q.   Who paid for repairs if it needed it?

23      A.   Me.

24      Q.   Who purchased the fuel that was needed to

25   operate the bus?

1       A.      Me.

2       Q.      Who obtained liability insurance for the

3    bus?

4       A.      Me.

5       Q.      Did you pay for it as well?

6       A.      Yes, sir.

7       Q.      Your company paid for it as well?

8       A.      Yes.

9       Q.      Did your company, Fortino Garcia and Sons

10   Harvesting, use an insurance agent to get

11   insurance for the bus?

12      A.      Yes, sir.

13      Q.      Who was the insurance agent?

14      A.      At the time, it was Bruce Henry.

15      Q.      Where is Bruce Henry located?

16      A.      In Immokalee.

17      Q.      Again, going back staying with 2011.  In

18   2011, who were the drivers that your company used

19   to drive the buses from the housing in South

20   Carolina to the office and then to the farms each

21   day?

22      A.      Victor Roman and me.

23      Q.      Were there any qualifications that were

24   required of the drivers?

25      A.      If they don't have a courier's license

1 and a CDL Class D, you're not allowed to drive a

2 bus.

3   Q. And, obviously, Victor Roman had those

4 licenses --

5   A. Yes.

6   Q. And so did you?

7   A. Yes.

8   Q. Back in 2011 after the harvest in South

9 Carolina was ending or ended, did you then go to

10 Virginia to lead a crew to harvest tomatoes near

11 Exmore?

12   A. Yes, sir.

13   Q. Is that something that you had been doing

14 for several years?

15   A. Yes.

16   Q. Did many of the farm workers who

17 harvested tomatoes in the farms in South Carolina

18 also travel to Virginia to harvest tomatoes there

19 in 2011?

20   A. Yes.

21   Q. Did you hire someone to drive the buses

22 that your company owned from Virginia to South

23 Carolina so that they could be used to transport

24 workers from the housing there to the fields and

25 back?

1    A.    I had Victor Roman and me at the time,

2  but I couldn't take it, so I hired a guy.  I gave

3  him $200 to drive the bus from here.  And I had

4  Guzman with him because he knew where the farm

5  was, the camp, to deliver the stuff to the people.

6  And he rode along with him.

7    Q.    Who was it that you hired to drive the

8  bus from South Carolina to Virginia?

9    A.    It was a local guy from here, from

10  Beaufort.

11    Q.    Do you know his name?

12    A.    No, sir.

13    Q.    One of the names that's been suggested in

14  the discovery is the name of "Sanchez."  Does that

15  ring a bell?

16    A.    Sanchez?

17    Q.    Victor Sanchez?

18    A.    It was Victor.  I guess instead of Victor

19  Roman, you got Victor Sanchez.

20    Q.    Do you know if that's the person that you

21  hired to drive the bus?

22    A.    No.

23    Q.    You're not sure?

24    A.    No.

25    Q.    You don't remember his name?

1    A.    No.

2    Q.    You say he was a local guy --

3    A.    Yes.

4    Q.    -- here in South Carolina?

5    A.    Yes, sir.

6    Q.    Had you hired him in the past to drive a

7    bus?

8    A.    No.  First time.

9    Q.    This is the first time.  How did you meet

10   Mr. Sanchez?

11   A.    I was just looking for a driver.  And he

12   find out, and he come and see me.  That's when I

13   told him.

14   Q.    Did he have to have any qualifications in

15   order for you to hire him to drive?

16   A.    Yes.

17   Q.    What were they?

18   A.    It was just a CDL Class D and passenger

19   endorsement.

20   Q.    And he displayed all those

21   qualifications?

22   A.    Yes.

23   Q.    Who made the choice to hire him to take

24   your bus from South Carolina to Virginia in 2011?

25   A.    Excuse me?

1    Q.    Who made the choice to hire him to take

2    the bus from South Carolina to Virginia?  Was that

3    you?

4    A.    My company.

5    Q.    And how was he paid to transport that

6    bus?

7    A.    I gave him $200 cash.

8    Q.    In cash?

9    A.    Yes.

10    Q.    So you did not use the payroll service of

11   LFC Agricultural Services --

12    A.    No.

13    Q.    -- to pay him, correct?

14    A.    No.

15          MR. HARMAN:  You did not use it?

16          MR. CASEY:  I'll rephrase it just so it

17   will be clear.

18   BY MR. CASEY:

19    Q.    Did you use the payroll service of LFC

20   Agricultural Services, Inc., to pay the driver to

21   take the bus from South Carolina to Virginia in

22   2011?

23    A.    No.

24    Q.    And was this driver hired by your

25   company, Fortino Garcia and Sons Harvesting, or by

1  you personally?

2      A.    Personally myself.

3      Q.    Did you or your company notify LFC

4  Agricultural Services that you had hired this

5  particular driver to take the bus to Virginia?

6      A.    No.

7      Q.    Did you or your company notify LFC

8  Enterprises, Inc., that this particular driver had

9  been hired to take the bus from South Carolina to

10  Virginia?

11      A.    No.

12      Q.    Did you or your company notify Kuzzens,

13  Inc., that this particular driver had been hired

14  to take the bus from South Carolina so Virginia?

15      A.    No.

16      Q.    Did you or your company provide any

17  information about this driver to LFC Enterprises

18  or LFC Agricultural Services or Kuzzens, Inc.?

19      A.    No.

20      Q.    Did LFC Enterprises or LFC Agricultural

21  Services or Kuzzens, Inc., have any involvement in

22  the hiring of this particular driver to transport

23  your bus from South Carolina to Virginia in 2011?

24      A.    No.

25      Q.    Who gave the driver instructions as to

1  what the job was that he was being hired to do?

2      A.   Myself.

3      Q.   And who gave the driver permission to

4  operate the bus?

5      A.   Myself.

6      Q.   When he began driving the bus from South

7  Carolina, you mentioned that Tovar Guzman was also

8  on the bus with him, is that right?

9      A.   Correct.

10      Q.   Do you know if there was anybody else on

11  the bus with him?

12      A.   No, sir, not that I know.  Not when he

13  left.

14      Q.   Did you learn before or after the

15  accident that happened that the driver you had

16  hired had left the bus?

17      A.   No.

18      Q.   But at some point, you learned that he

19  had left the bus, is that right?

20      A.   After the accident, yes.

21      Q.   After the accident?

22      A.   Yes.

23      Q.   And did you learn that from Tovar Guzman?

24      A.   No.  They just call me.

25      Q.   Who called you?

1      A.    David Garcia called me and told me that

2   my bus had had an accident.

3      Q.    Who was the one that told you that the

4   driver you had hired was not driving it at the

5   time of the accident?

6      A.    When the cops was there, the guy -- Tovar

7   called me and told me that he was driving the bus,

8   and I told him not to drive the bus.  He wasn't

9   allowed to drive the bus whatsoever.

10      Q.    And just to be clear, your company and

11   you never hired Tovar Guzman to drive the bus,

12   correct?

13      A.    No.

14      Q.    Did you or your company hire Tovar Guzman

15   to drive the bus?

16      A.    No.

17      Q.    Did you or your company give Tovar Guzman

18   permission to drive the bus?

19      A.    No.

20      Q.    Did you know that he was driving the bus

21   before the accident?

22      A.    No.

23      Q.    You spoke to Tovar Guzman on the

24   telephone after the accident?

25      A.    No.

1      Q.   When did you or did you speak to Tovar

2    Guzman --

3      A.   No.

4      Q.   -- after the accident?

5      A.   No.

6      Q.   Did he call you?

7      A.   No, sir.

8      Q.   He did not call you?

9      A.   No.

10     Q.   I think so you said that Mr. Garcia was

11   the one who first advised you there was an

12   accident?

13     A.   He called me, yes, that the bus had an

14   accident.

15     Q.   The bus had an accident?

16     A.   And I call him.

17     Q.   And then did somebody call you?  Did Mr.

18   Tovar Guzman call you or did you call Tovar

19   Guzman?

20     A.   No.  Some of the guys that were there,

21   they called me and told me my bus was in an

22   accident, but I don't remember who it was.

23     Q.   And somebody said that Tovar Guzman was

24   driving it?

25     A.   Yes.

1    Q.   But you're not sure who said that?

2    A.   No.

3    Q.   Do you remember any conversations that

4  you had with Tovar Guzman about the accident by

5  telephone?

6    A.   No.

7    Q.   Let me go back and follow up on one other

8  earlier question I asked you.  Back in South

9  Carolina at the farms when the workers were paid,

10  you already testified that you and your company

11  did not deliver the paychecks to the workers?

12    A.   No, sir.

13    Q.   Did you or your company keep any record

14  of workers receiving paychecks?

15    A.   No.

16    Q.   Do you know what was on the bus when it

17  left South Carolina?

18    A.   Just the luggage for the people.

19    Q.   Luggage for some of the workers?

20    A.   Yes, sir.  All the luggage for the

21  workers.

22    Q.   Did LFC Agricultural Services, Inc., pay

23  you or your company to transport the buses from

24  Virginia to South Carolina?

25    A.   No.

1    Q.   Did LFC Enterprises, Inc., pay you or

2  your company to transport the buses from Virginia

3  to South Carolina?

4    A.   No.

5    Q.   Did Kuzzens, Inc., pay you or your

6  company to transport the buses from Virginia to

7  South Carolina?

8    A.   No.

9    Q.   I think I may have asked that question

10  reversing the states.  I'm going to ask it again.

11        MR. HARMAN:  I wasn't sure if you wanted

12  to do that or not.

13        MR. CASEY:  I apologize.  I'm going to

14  ask it again.

15  BY MR. CASEY:

16    Q.   Did LFC Agricultural Services pay you or

17  your company to transport the buses from South

18  Carolina to Virginia in 2011?

19    A.   No.

20    Q.   Did LFC Enterprises pay you or your

21  company to transport the buses from South Carolina

22  to Virginia in 2011?

23    A.   No.

24    Q.   Did Kuzzens, Inc., pay you or your

25  company to transport the buses from South Carolina