EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

KATHLEEN KITTERMAN,
ANNA CRONIN,
CORRIE BALL,
MARVIN BALL,
MARGARET BROGAN and
EVAN JONES,

     Plaintiffs,

vs.                    CASE NO.:  2:12cv146

CLAUDIO TOVAR-GUZMAN,

FORTINO GARCIA AND SONS
HARVESTING, INC., and,

KUZZEN'S,

     Defendants.
_____/



### DEPOSITION OF MARIA JIMENEZ

Taken on Behalf of the Plaintiffs

DATE TAKEN:    May 29, 2013

TIME:          9:13 a.m. - 11:19 a.m.

PLACE:         Gregory Court Reporting
                  2650 Airport Road South, Ste. A
                  Naples, FL  34112

Examination of the witness taken before:

Jan D. Bickford, Court Reporter
Gregory Court Reporting Service, Inc.
2650 Airport Road South, Suite A
Naples, Florida  34112
Telephone:  (239) 774-4414   FAX:  (239) 774-5261

CERTIFIED COPY

1                    <u>APPEARANCES</u>

2


3   On Behalf of the Plaintiffs:

4           PATRICK M. BROGAN, ESQ.
            DAVEY & BROGAN, P.C.
5           101 Granby Street, Suite 300
            Norfolk, VA  23514
6
    On Behalf of Claudio Tovar-Guzman and Fortino Garcia and
7   Sons Harvesting, Inc.:

8           JAMES R. JEBO, ESQ. {Via speakerphone}
            HARMAN, CLAYTOR, CORRIGAN & WELLMAN
9           P.O. Box 70280
            Richmond, VA  23255
10
    On Behalf of Kuzzen's:
11
            BRIAN N. CASEY, ESQ.
12          TAYLOR & WALKER, P.C.
            555 E. Main Street, Suite 1300
13          P.O. Box 3490
            Norfolk, VA  23510
14
    On Behalf of USAA:
15
            JOHN G. BAKER, ESQ. {Via speakerphone}
16          FRAIM & FIORELLA, PC
            Town Point Center
17          150 Boush Street, Suite 601
            Norfolk, VA  23510
18
    On Behalf of ACE:
19
            ALEXANDER K. PAGE, ESQ. {Via speakerphone, }
20          LeCLAIR RYAN
            123 East Main Street, Eighth Floor
21          Charlottesville, VA  22902

22  Also Present:

23          MARGARET BROGAN
            CHRISTOPHER HARRELL {Via speakerphone}
24

25

INDEX                                                    PAGE

Direct Examination by Mr. Brogan.....................  5

Cross-examination by Mr. Baker.......................  82

E X H I B I T S

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| No. 1 | Claudio Tovar-Guzman File | 20 |
| No. 2 | Payroll Detail Report | 28 |
| No. 3 | List of Phase ID Phase Description | 31 |
| No. 4 | Employee Checks | 67 |

4

1                    CERTIFICATE OF OATH

2

3   STATE OF FLORIDA )

4   COUNTY OF COLLIER)

5

6        I, Jan D. Bickford, Notary Public for the State of

7   Florida, do hereby certify that **MARIA JIMENEZ** appeared

8   before me and was duly sworn by me to tell the truth.

9        WITNESS MY HAND AND MY SEAL in the City of Naples,

10  County of Collier, State of Florida, this 14th day of July

11  2013.

12

13

14

15   _____

16   Jan D. Bickford, Court Reporter
     Notary Public, State of Florida
17   Commission No.:  EE020458
     Commission Expires:  10/3/14

18

19

20

21                    

22

23

24

25


*GREGORY COURT REPORTING SERVICE, NAPLES, FLORIDA  34112*

1   takes care of those payroll services?

2       A    Yes.

3       Q    And for people working for Kuzzen's who are below

4   the foreman level, LFC Agricultural Services takes care of

5   those workers --

6       A    Yes.

7       Q    -- Kuzzen's workers?

8       A    That are working at a Kuzzen's, yes.

9       Q    Okay.  Does Kuzzen's actually employ anybody?

10      A    No.

11      Q    Okay.

12           MR. BAKER:  This is John Baker.  What was the

13      answer to that question?

14           MR. CASEY:  She said, "no."

15           MR. BAKER:  Okay.

16  BY MR. BROGAN:

17      Q    So everybody who works on Kuzzen's farms is

18  either employed by LFC Management Services, Inc., or LFC

19  Agricultural Services, Inc.?

20      A    Correct.

21      Q    Okay.  Now, are you employed by any other entity?

22      A    No.

23      Q    Okay.  So do you know whether Kuzzen's files a

24  consolidated tax return -- or I guess I should be asking

25  whether Lipman files a consolidated tax return?

1   a worker in the field receives this notification letter

2   and does nothing about it, do you wait until you get

3   another letter from the Social Security Administration?

4       A    I don't know what it is that they do, but I -- I

5   don't know what it is that they do.

6       Q    Okay.  I would like to turn your attention to

7   some other documents we received.

8           MR. BROGAN:  Hey, guys, I'm handing her what we

9       have been given from Kuzzen's, identified as

10      Kuzzens-004 through, I guess, -85.  Yeah, through -85.

11          (Exhibit No. 2 was marked for identification.)

12  BY MR. BROGAN:

13      Q    Here we go.  This is -- Exhibit 2 is a -- has

14  written on the top of it "Payroll Detail Report, LFC

15  Agricultural Services, Inc."  It's also identified as, on

16  the side, Kuzzens-00004 through Kuzzens-00085?

17      A    Okay.

18      Q    Okay.  I have a few questions regarding this.

19           And this is -- can you tell me the name of

20  individual for whom this payroll report is printed?

21      A    It is Claudio Tovar-Guzman -- or I'm sorry.

22  Yeah, Tovar-Guzman, yes.

23      Q    Okay.  Okay.  Well, now I guess you admit that

24  Claudio Tovar-Guzman was an employee of LFC Agricultural

25  Services, at least for the dates that are identified in

1   here?

2       A    Yes.

3       Q    Okay.  And let me start off with -- with the top.

4            What is -- the entry number, what's that number?

5   What does it identify?

6       A    Entry number?  I don't work in payroll, but --

7       Q    Okay.

8       A    -- from my understanding it is whenever a payroll

9   is entered into the payroll system, that -- that's what

10  the entry number is -- it stands for.  Whenever Claudio

11  Tovar-Guzman was in -- whenever that payroll for -- the

12  first line, the back pay hourly, it was entered in, it was

13  saved as 21739.  It's an automated number that just gets

14  assigned to it.

15      Q    Okay.  So that's particular to Claudio Guzman?

16      A    Yes.

17      Q    Okay.  So --

18      A    And it may include other individuals.  It's

19  not -- he may be the only one.  He may have some -- you

20  know, there may have been other individuals that may have

21  been saved.

22      Q    Okay.  So just a way to find it in the -- in the

23  software?

24      A    Yes.  Correct.

25      Q    Okay.  Fair enough.  When it says "Work Date," I

1  take it that's the date the individual worked?

2     A    Yes.

3     Q    Or would that be the date he was paid?

4     A    The day the individual worked.

5     Q    Okay.  And this "Multi Chk," I guess -- I guess

6  if it was more than one check, it would say two or three

7  or something?

8     A    Yes.

9     Q    Okay.  And then "St," the state in which he was

10  working at the time?

11     A    Correct.

12     Q    So if it says "Virginia," would he have been

13  working at Kuzzen's Virginia farm?

14     A    Yes.

15     Q    If it said "South" -- or "SC," that would have

16  been Kuzzen's farm in South Carolina?

17     A    Yes.

18     Q    Okay.  This "Min Guar," do you know what that

19  means?

20     A    I believe it's minimum wage guaranteed.

21     Q    Okay.  I'll come back to that.

22          And then "Ag" --

23     A    I don't know.

24     Q    -- means he's an agriculture worker?

25     A    I'm not -- I don't know.

1          REPORTER'S DEPOSITION CERTIFICATE

2

3    STATE OF FLORIDA )

4    COUNTY OF COLLIER)

5

6         I, Jan D. Bickford, Court Reporter and Notary Public

7    in and for the State of Florida at Large, certify that I

8    was authorized to and did stenographically report the

9    deposition of MARIA JIMENEZ; that a review of the

10   transcript was requested and that the transcript is a true

11   and complete record of my stenographic notes.

12        I further certify that I am not a relative, employee,

13   attorney, or counsel of any of the parties; nor am I a

14   relative or employee of any of the parties' attorney or

15   counsel connected with the action; nor am I financially

16   interested in the action.

17        DATED this 14th day of July 2013.

18

19                        Jan D. Bickford, Court Reporter

20                        Notary Public, State of Florida
                          Commission No.:  EE020458

21                        Commission Expires:  10/3/14

22

23

24

25