IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

KATHLEEN KITTERMAN, ANNA CRONIN,
CORRIE BALL, MARVIN BALL, MARGARET
BROGAN and EVAN JONES,

    Plaintiffs,

                                    CASE NO. 2:12cv146

v.

CLAUDIO TOVAR-GUZMAN,
FORTINO GARCIA and SONS
HARVESTING, INC., and
KUZZENS, INC.,

    Defendants.
_____/


DEPOSITION OF
FORTINO GARCIA

Taken on Behalf of the Plaintiffs

DATE TAKEN:    February 21, 2013
TIME:          3:49 p.m. to 5:18 p.m.
PLACE:         Gregory Court Reporting
                2605 Airport Road South
                Naples, Florida 34112

Examination of the witness taken before:


Terri L. Lewis, Notary and Court Reporter
Gregory Court Reporting Service, Inc.
2650 Airport Road South
Naples, FL 34112

**EXHIBIT 2**

1  A  No.

2  Q  -- other than the fact that you paid him $200
3  to drive your bus?

4  A  Yes.

5  Q  Okay. How did you find him?

6  A  He was always around at the store where we
7  usually get our fuel. He found out I needed a driver.
8  He came up to me, and he told me that he would help me
9  out, and I said fine.

10  Q  So did you hire him July 1st at 8 o'clock
11  before the -- how much before they left did you hire
12  him? How --

13  A  I didn't -- well, I didn't hire him. I just
14  paid him to take the bus.

15  Q  Okay. Paid him to take the bus. When did you
16  pay him to take the bus; when they were leaving?

17  A  When they left.

18  Q  Okay. So the bus was all packed with gear; is
19  that right?

20  A  Stuff, people -- people's stuff, yes.

21  Q  Okay. And it was packed with the stuff of all
22  the various migrant and seasonal workers?

23  A  (Witness nods head.)

24  Q  And you had arranged this, like, the day
25  before, or did you just go and fill up with gas and find

1  Victor Sanchez hanging around the filling station?
2      A    No, I was at the camp. I was going to drive
3  the bus. He come up, and he told me he would help me
4  out. And I said fine, because I had stuff to do, and I
5  didn't want to go and come back, so that's why I said
6  fine.
7      Q    Okay. So you've never seen him since?
8      A    No.
9      Q    He wasn't hanging around the farm this year?
10     A    No.
11     Q    So when was he supposed to -- when was Victor
12 Sanchez supposed to get the bus to Exmore, Virginia?
13     A    Next day, next morning.
14     Q    Okay. Why? Was there a reason that they
15 needed to be there that early?
16     A    He had to have the people's belongings at the
17 camp.
18     Q    Was there a time?
19     A    No.
20     Q    Were the people working that Saturday?
21     A    No.
22     Q    If Victor Sanchez hadn't come along, what
23 would you have done?
24     A    I was going to drive it myself.
25     Q    Okay. And were you going to leave at