

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF VIRGINIA
NORFOLK DIVISION


KATHLEEN KITTERMAN, ANNA ) CIVIL ACTION NO.:
CRONIN, CORRIE BALL, MARVIN ) 2:12-CV-146
BALL, MARGARET BROGAN and )
EVAN JONES, ) DEPOSITION OF:
           Plaintiffs, ) FORTINO GARCIA
)
  vs. )
)
CLAUDIO TOVAR-GUZMAN, )
FORTINO GARCIA and SONS )
HARVESTING, INC. and )
KUZZENS, INC. d/b/a LIPMAN )
LFC AGRICULTURAL SERVICES, )
INC. d/b/a LIPMAN LFC )
ENTERPRISES, INC., d/b/a )
LIPMAN, )
)
         Defendants. )
)
--------------------------)
)
KATHLEEN KITTERMAN and ANNA ) CIVIL ACTION NO.:
CRONIN, ) 2:14-CV-16
)
  Consolidated Plaintiffs, )
)
  vs. )
)
LFC AGRICULTURAL SERVICES, )
INC. d/b/a LIPMAN LFC )
AGRICULTURAL  ENTERPRISES, )
INC., d/b/a LIPMAN, )
)
  Consolidated Defendants. )
)
--------------------------)



EXHIBIT
3
tabbies

Given before Aaron Selman, Court Reporter and Notary Public, in the offices of Moss, Kuhn & Fleming, 1501 North Street, Beaufort, South Carolina, on Monday, July 7, 2014, commencing at 10:00 a.m.

---------------------------------------------------

BETTYE ANDERSON & ASSOCIATES
Certified Court Reporters
(843)525-0791   (800)543-5506

1    Lipman's registration office --

2        A.    Yes.

3        Q.    -- where they scanned in, where they all

4    scanned in?  And then from Lipman's registration

5    office to Lipman's farm?

6        A.    Yes.

7        Q.    Did you know I was asking to take Victor

8    Roman's deposition about three or four weeks ago?

9        A.    Yes.

10       Q.    Did you tell anybody that I wanted to

11   take Victor Roman's deposition?

12       A.    No.

13       Q.    You didn't?  You didn't tell Victor

14   Roman?

15       A.    Yes, I told him.

16       Q.    You did tell Victor Roman?

17       A.    Yes.

18       Q.    Did you tell David Garcia?

19       A.    No.

20       Q.    When you told Victor Roman, what did he

21   say?

22       A.    He would come.

23       Q.    And then shortly after you told Victor

24   Roman that I wanted to take his deposition, he was

25   fired?

| | | |
|---|---|---|
| 1 | A. | Right. |
| 2 | Q. | Okay. |
| 3 | A. | Terminated. |
| 4 | Q. | Terminated? |
| 5 | A. | Um-hmm. |
| 6 | Q. | And he was terminated by Lipman? |
| 7 | A. | Right. |
| 8 | Q. | Where is he now working? |
| 9 | A. | I don't have a clue. |
| 10 | Q. | Is he in South Carolina? |
| 11 | A. | I don't know. |
| 12 | Q. | Do you know where he lives? |
| 13 | A. | No. |
| 14 | Q. | Where did he live before he was |
| 15 | | terminated? |
| 16 | A. | Here at the labor camp. |
| 17 | Q. | But he's no longer there now? |
| 18 | A. | No. |
| 19 | Q. | And when he was in Florida, where did he |
| 20 | | live? |
| 21 | A. | Labor camp. |
| 22 | Q. | Is that a Lipman labor camp? |
| 23 | A. | Yes. |
| 24 | Q. | Jose Polito was the one that fired him? |
| 25 | A. | Yes.  He brought the paperwork. |

1  field trucks that you use, correct?

2      A.    Farm trucks, yes.

3      Q.    And I think you said they collect the

4  tomatoes from the bin and take them.  And then I

5  didn't type fast enough.  I didn't get that

6  answer.  The farm trucks collect the tomatoes from

7  the bin and take them to the --

8      MR. HARMAN:  Farm trucks go get the bins.

9  Then when they're loaded up, they bring the loaded

10 bins back to the plant.

11 BY MR. BROGAN:

12     Q.    Is that correct?

13     A.    Yes.

14     Q.    So the trucks take the bins to the field,

15 and then they take the bins that are loaded to the

16 processing plant, is that accurate?

17     A.    Yes.

18     Q.    And in your first deposition, you said

19 that Tovar Guzman actually operated those field

20 trucks for you?

21     A.    In the field.  In the field.  He moves

22 them in the field.

23     Q.    Okay.

24     A.    Because as they go, the people, they're

25 picking, and he would move it up every hundred

1    what to do while they were scanning in?

2        A.    We just -- all the crew leaders get in

3    line and they call you by name -- by number

4    actually.   When they call my number which is 070,

5    I move the bus.   They get off.   They walk around.

6    Scan in.   Drive the bus to the other end.   And

7    they get in the buses.   The drivers do not get off

8    the buses.

9        Q.    The place where they scanned in, was that

10   in a building?

11       A.    They got like a little shack.   They walk

12   in.   Scan their cards in.   Walk out the other end.

13       Q.    Were there employees from Lipman or

14   Kuzzens who were in there scanning them in?

15       A.    Yes.

16       Q.    And then they would come back and get on

17   the bus again?

18       A.    Right.

19       Q.    And then the bus would take them to the

20   fields?

21       A.    Correct.

22       Q.    And when the bus took them to the fields,

23   would you stay as a crew chief and watch them

24   work?

25       A.    Yes.

1   Q.   Were there any Kuzzens employees or

2   Lipman employees there as well?

3   A.   Yes.

4   Q.   Was there a supervisor from Lipman or

5   Kuzzens who was there managing what was going on?

6   A.   Yes.

7   Q.   Who would that have been in 2011?

8   A.   I don't remember.

9   Q.   But that would have been the person who

10  was in charge of you?

11  A.   Yes.

12       MR. BOBBY GARCIA:  There's different guys

13  that come out and check on --

14  BY MR. FIORELLA:

15  Q.   I understand.  But there are some Lipman

16  or Kuzzens employees who were there.  You're a

17  crew chief, correct?

18  A.   Yes.

19  Q.   And then there were Lipman's or Kuzzens'

20  employees who were there watching you and telling

21  you what to do, right?

22  A.   Yes.

23  Q.   Did those Lipman's and Kuzzens' employees

24  watch the laborers, too?

25  A.   Yes.

1    Q.    Would they tell the laborers what to do?

2    A.    They told us, and we tell the laborers.

3    Q.    What kinds of things would they tell you

4 to do?

5    A.    Well, actually, just to make sure to get

6 the correct stuff that the company asked for.

7    Q.    Meaning the --

8    A.    The size tomatoes, you know, rice, greens

9 or whatever and stuff like that.  And make sure

10 they don't leave fruit in the vine in the bush.

11    Q.    Were they out there the entire time?

12    A.    Yes.

13    Q.    So there was management from Lipman's or

14 Kuzzens out there at the farm watching laborers

15 all day long?

16    A.    Yes.

17    Q.    Did your company provide any services to

18 any other companies other than Lipman or Kuzzens?

19    A.    No.

20    Q.    This contract that you signed on page 1

21 Section C, it says, "Contractor is unrelated to

22 Principal and provides Services to businesses

23 other than Principal."  Do you see that?

24    MR. BOBBY GARCIA:  What does that mean?

25    MR. FIORELLA:  Sorry.  I will ask a

---

question about it in just a second.

BY MR. FIORELLA:

Q. This contract says that you were working for other companies, too, not just for Lipman and Kuzzens. Is that true?

A. No.

Q. So you worked exclusively for Lipman and Kuzzens, is that right?

A. Well, like they change names. It's Lipman. It used to be "Farm Op." They have Kuzzens, Lipman. I don't know if that's what they're trying to say.

Q. But whatever the family of companies was, you worked only for them?

A. Correct.

Q. And the work that you did for them required that you have buses to transport the workers from the housing to wherever they were going for work, is that correct?

A. Yes.

Q. And that's largely because those workers who were there, as we found out today or you've known, lived on the premises?

A. Yes.

Q. They didn't have any other residences,

1  correct?

2       A.    No.

3       Q.    Did they pay rent?

4       A.    No.

5       Q.    So whatever entities, Lipman or Kuzzens,

6  they allowed the workers to stay in the housing

7  for free?

8       A.    Yes.

9       Q.    And that was part of their pay for

10 working?

11      A.    Yes.

12      Q.    Was that true in every farm?

13      A.    Yes.

14      Q.    So these workers would go from Florida

15 where they were living in housing that was

16 supplied by Lipman's and Kuzzens, is that right?

17      A.    Yes.

18      Q.    Then they would go to South Carolina, the

19 same situation?

20      A.    Yes.

21      Q.    And then they would go to Virginia, the

22 same situation?

23      A.    Yes.  But always different people, not

24 the same ones.  People change.

25      Q.    Sure, I understand.

1    A.    I mean it's not the same people.

2    Q.    It's not the same people every year?

3    A.    Right.

4          MR. BOBBY GARCIA:  But the system works

5    the same.

6    A.    Every two, three weeks, some of them go,

7    some of them come in.

8    BY MR. FIORELLA:

9    Q.    Understood.  And then the same buses that

10   were being used so that the employees would go

11   from the Lipman housing to where they were working

12   were the buses you were using to transport the

13   belongings or the luggage, so to speak, for some

14   of the workers to Virginia at the time this

15   accident took place, is that right?

16   A.    Yes.

17   Q.    Did you have a scheduled start time for

18   when the work was going to commence in Virginia?

19   A.    They let us know.

20   Q.    Were you --

21   A.    It all depends on the weather.

22   Q.    Well, in this situation, the bus was

23   going from South Carolina to Virginia --

24   A.    Correct.

25   Q.    -- when the accident took place?

1    A.   No.

2    Q.   How were they paid?

3    A.   By the bucket, by the chip.

4    Q.   Was there a minimum amount you were

5 required to produce when you were in the field?

6 Did they get upset if you didn't produce a certain

7 amount?

8    A.   No.

9    Q.   But there was incentive to produce as

10 much as possible because you got paid by the

11 bucket?

12    A.   Right.

13    Q.   And the employees were getting paid by

14 the bucket and you were getting paid by the bin?

15    A.   Right.

16    Q.   Everybody wanted to pick as much as they

17 could?

18    A.   Right.

19    Q.   Did you all get paid at the same time?

20 Did people go and get their check somewhere?

21    A.   At the office, yes.

22    Q.   Did the bus take the people to get their

23 checks?

24    A.   Yes.

25    Q.   Do you remember in 2011 that you were

1  taking Tovar Guzman to pick up his check on

2  occasion?

3      A.   I don't remember.  I took the buses, but

4  I don't know if he was there or he was not, but,

5  yes.  We take the busses every Friday.

6      Q.   But in 2011, he was there working.  Did

7  you think he was working for free?

8      A.   No.

9      Q.   So he was getting paid?

10     A.   Yes.

11     Q.   Did you have some employees you trusted

12 more than others because you knew them longer?

13     A.   Not really, no.

14     Q.   Well, how did he get to the point where

15 you were allowing him to drive the bus when he was

16 there?

17     A.   Because he --

18         MR. CASEY:  Object to the form.

19         MR. HARMAN:  Object to the form.

20         MR. CASEY:  Mischaracterization of prior

21 testimony.  He didn't drive the bus.  He drove the

22 truck.

23 BY MR. FIORELLA:.

24     Q.   How did you get to the point where you

25 were allowing him to drive the truck?

A.   Yes.

Q.   So you did not actually hand people their
checks when they were working for you, is that
right?

A.   No.

Q.   That's not right or, yes, it is right?

A.   What was that again?

Q.   Did you actually hand people their
checks?

A.   No.

Q.   Who gave them the checks?

A.   Lipman's securities.

Q.   To your knowledge, did Lipman ever
require an ID or anything for people when they
were giving them checks?

A.   Yes.

Q.   Did you stay in the building when they
were giving them the checks or were you outside?

A.   I was outside.

Q.   On page 4 of the contract agreement, I
think it's marked as Exhibit 1, under "Payroll."
Do you see that?

A.   Um-hmm.

MR. HARMAN:   We have it in front of him

MR. FIORELLA: