IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

KATHLEEN KITTERMAN, ANNA CRONIN,
CORRIE BALL, MARVIN BALL,
MARGARET BROGAN and EVAN JONES,

     Plaintiffs,

v.                            Case No. 2:12cv146

CLAUDIO TOVAR-GUZMAN,
FORTINO GARCIA AND SONS HARVESTING, INC.
KUZZENS, INC., d/b/a LIPMAN,
LFC AGRICULTURAL SERVICES, INC., d/b/a LIPMAN
and LFC ENTERPRISES, INC., d/b/a LIPMAN,

     Defendants.

## LFC AGRICULTURAL SERVICES, INC.'S
## SUPPLEMENTAL ANSWERS TO PLAINTIFFS' INTERROGATORIES

The undersigned states that upon information and belief, the following supplemental

answers to interrogatories are true and correct.

LFC AGRICULTURAL SERVICES, INC.

By _____

STATE OF __Florida__

CITY OF __Immokalee__, to-wit:

Subscribed and sworn to before me this 28th day of __August__, 2014.

> YESENIA ROMERO
> Notary Public - State of Florida
> My Comm. Expires May 18, 2018
> Commission # FF 124112

_____
Notary Public

My Commission Expires: _____

**EXHIBIT**
**5**

Brian N. Casey, Esquire
Virginia State Bar No. 26710
James E. Brydges, Jr., Esquire
Virginia State Bar No. 4420
Attorneys for LFC Agricultural Services, Inc.
TAYLOR WALKER P.C.
Post Office Box 3490
Norfolk, Virginia 23514-3490
(757) 625-7300
(757) 625-1504 (fax)
bcasey@taylorwalkerlaw.com
jbrydges@taylorwalkerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2014, LFC Agricultural Services, Inc.'s Supplemental Answers to Interrogatories were e-mailed and mailed first-class, postage prepaid to:

Patrick Brogan, Esquire
Virginia State Bar No. 25568
Bryan K. Meals, Esquire
Virginia State Bar No. 40184
Attorneys for Kathleen Kitterman, Anna Cronin, Corrie Ball,
        Marvin Ball, Margaret Brogan and Evan Jones
DAVEY & BROGAN, P.C.
101 Granby Street, Suite 300
Norfolk, Virginia 23514-3188
(757) 622-0100
(757) 622-4924 (fax)
pbrogan@daveybroganpc.com
bmeals@daveybroganpc.com

James R. Jebo, Esquire
Virginia State Bar No. 48418
Attorney for Claudio Tovar-Guzman and
        Fortino Garcia and Sons Harvesting, Inc.
HARMAN, CLAYTOR, CORRIGAN & WELLMAN
Post Office Box 70280
Richmond, Virginia 23255
(804) 747-5200

(804) 747-6085 (fax)
jjebo@hccw.com

Todd M. Fiorella, Esquire
Virginia State Bar No. 30238
John G. Baker, Esquire
Virginia State Bar No. 80098
Attorney for USAA
FRAIM & FIORELLA, P.C.
150 Boush Street, Suite 601
Norfolk, Virginia 23510
(757) 227-5900
(757) 227-5901 (fax)
tmfiorella@ff-legal.com

H. Robert Yates, III, Esquire
Virginia State Bar No. 35617
Alexander K. Page, Esquire
Virginia State Bar No. 78894
Attorneys for ACE American Insurance Company
LeCLAIR RYAN
123 East Main Street, Eighth Floor
Charlottesville, Virginia 22902
(434) 245-3444
(434) 296-0905 (fax)
robert.yates@leclairryan.com
alexander.page@leclairryan.com

_____
Brian N. Casey

1. Identify each person who participated in responding to these interrogatories or supplied information with respect to the preparation of response to these interrogatories, stating whether each such person acquired such information, or, if not, the basis for such person's participation or involvement.

**OBJECTION:** This interrogatory is objected to on the grounds that it exceeds the discovery scope and limits set forth in Federal Rule of Civil Procedure 26(b)(1). The Rule permits discovery of the identity and location of persons who know of any discoverable matter but does not require a party to otherwise identify persons who participated in responding to or preparing the responses to interrogatories nor does it require an explanation of the reason for any particular person's participation in responding to and preparing answers to interrogatories.

**ANSWER:** Maria Jimenez, Safety Compliance Manager, 315 East Newmarket Road, Immokalee, Florida 34142. Ms. Jimenez gathered the information to respond to these interrogatories. See previously served objection.

**SUPPLEMENTAL ANSWER:** Maria Jimenez, Safety Compliance Manager, 315 East Newmarket Road, Immokalee, Florida 34142. Ms. Jimenez gathered the information to respond to these interrogatories.

2. From June 2010 until present, identify all officers and directors of LFC Agricultural Services, Inc., identifying whether and at what time they are/were also officers and directors of LFC Enterprises, Inc. and/or Kuzzens, Inc.

**OBJECTION:** This interrogatory is objected to on the grounds that it exceeds the

discovery scope and limits set forth in Federal Rule of Civil Procedure 26(b)(1) which provides

for discovery of the identity and location of persons who know of any discoverable matter. The

interrogatory does not, however, seek the identity and location of persons who know of any

discoverable matter. Instead, it seeks a list of officers and directors of LFC Agricultural

Services, Inc., and information about those officers and directors, regardless of whether those

officers and directors know of any discoverable matter. Accordingly, the interrogatory exceeds

the permitted discovery scope and limits. In a proper case, where the identity of all officers and

directors of a company are relevant to a claim or defense of a party, such an interrogatory may be

within the discovery scope and limits, however, in this case, plaintiffs' case against LFC

Agricultural Services, Inc., is that it is liable under the doctrine of *respondeat superior* for the

negligence of Claudio Tovar-Guzman in driving a bus. The identify of all officers and directors

of LFC Agricultural Services, Inc., is not relevant to that claim.

**ANSWER:** See previously served objection.

**SUPPLEMENTAL ANSWER:** CEO-Larry Lipman-Retired 9-2010; CEO-Kent

Shoemaker; CFO-Toby Purse; Max Press. There are no directors.

Kuzzens Officers - Kent Shoemaker, President; Gerry Odell, Vice-President, Toby Purse, Vice-

President.

3. In its 2011 consolidated tax return, LFC Enterprises, Inc. claims a new hire retention

credit for 252 retained workers (identified as retained work No. 1 through 252). Of those 252

retained workers, identify which ones were employed by LFC Agricultural Services, Inc. during

the year 2011 and whether they were migrant agricultural workers.

**OBJECTION:** Federal Rule of Civil Procedure 26(b)(1) permits parties to obtain

5

discovery regarding any non-privileged matter that is relevant to any parties' claim or defense. This interrogatory is objected to on the grounds that the information it seeks exceeds the scope and limits of discovery set forth in the Rule. It seeks the identity of workers for whom a tax credit was obtained which is not relevant to a claim or defense of a party. Plaintiffs' claim is that LFC Agricultural Services, Inc. has *respondeat superior* liability for the negligent operation of a bus by Claudio Tovar-Guzman. The identity of all employees on a tax return for whom a tax credit was taken, and the nature of their work, is not relevant to plaintiffs' claim.

**ANSWER:** See previously served objection.

**SUPPLEMENTAL ANSWER:** Of the 252 workers identified on the tax return referred to in this interrogatory, the attached list identifies those workers who were employed by LFC Agricultural Services, Inc. Each worker was a migrant agricultural worker.

4. Identify all person(s) whom you believe have or may have knowledge of any facts pertaining to the circumstances of the collision or otherwise relating to the accident, including how the accident occurred, the person on the bus at the time of the collision and their employment status, damage to the bus, or other facts arising out of, or in connection with the accident, for each person so identified, stat the substance and nature of the relevant knowledge you believe that person has and why you believe such relevant knowledge is present.

**OBJECTION:** Federal Rule of Civil Procedure 26(b)(1) provides for the discovery of the identity and location of persons who know of any discoverable matter. This interrogatory is objected to because it goes beyond the scope and limits set forth in the Rule as it not only asks for the identity and location of persons who know any discoverable matter, but asks that the substance of their knowledge be provided as well as the responding parties' beliefs as to why

each person possesses such knowledge. With the identity and location of persons with discoverable knowledge, a party can contact those persons, learn the substance and nature of their knowledge, and the source of it. This defendant does not believe the Rules require it to inform the other party as to what everyone with discoverable knowledge knows and therefore objects to the interrogatory.

**ANSWER:** No agent, servant or employee of LFC Agricultural Services, Inc., was present at the time of the accident. LFC Agricultural Services, Inc. presumes that the plaintiffs and all persons identified in the police accident report may have some knowledge of the facts pertaining to the circumstances of the collision, including how the accident occurred, the persons on the bus at the time of the collision and their employment status, damage to the bus, or other facts arising out of, or in connection with the accident. Also, see previously served objection.

**SUPPLEMENTAL ANSWER:** No agent, servant or employee of LFC Agricultural Services, Inc., was present at the time of the accident. LFC Agricultural Services, Inc. presumes that the plaintiffs and all persons identified in the police accident report may have some knowledge of the facts pertaining to the circumstances of the collision, including how the accident occurred, the persons on the bus at the time of the collision and their employment status, damage to the bus, or other facts arising out of, or in connection with the accident.

5. In response to paragraph 11 of the Third Amended Complaint, you denied "that LFC Agricultural Services, Inc., acts only as a payroll service." Please explain the various services LFC Ag performs for Kuzzens, Inc. and LFC Enterprises, Inc., or other entities, identifying the costs if charges either LFC Enterprises, Kuzzens or other entities for each services and the method by which the charges are paid.

**OBJECTION:** This interrogatory is objected to on the grounds that the costs charged by LFC Agricultural Services, Inc. for its services are not relevant to a claim or defense of a party. It therefore objects to providing information about how much it charges for its services when the amount of its charges are irrelevant to plaintiffs' claim.

**ANSWER:** LFC Agricultural Services, Inc. acts as an employer and as a payroll service. See previously served objection.

**SUPPLEMENTAL ANSWER:** LFC Agricultural Services, Inc. acts as an employer and as a payroll service. It does not bill for its payroll service.

13. Please identify by name any and all corporate records and/or documents detailing the procedures for ensuring LFC Enterprises and its affiliated businesses remain separate and distinct corporate entities, how they are separate entities, whether or not each keeps separate corporate records, and the last time an audit (external and/or internal) was performed by or on behalf of any entity so described.

**OBJECTION:** Federal Rule of Civil Procedure 26(b)(1) permits parties to obtain discovery regarding any non-privileged matter that is relevant to any parties' claim or defense. Plaintiffs' claim against LFC Agricultural Services, Inc., is that it is liable under the doctrine of *respondeat superior* for the negligence of Claudio Tovar-Guzman in driving a bus and causing an accident. The corporate records, in general, of LFC Agricultural Services, Inc., are not relevant to plaintiff's claim. Records such as requested in this interrogatory detailing procedures for distinct corporate entities and audits are not relevant to plaintiff's claim.

**ANSWER:** See previously served objection.

**SUPPLEMENTAL ANSWER:** There are no corporate records and/or documents which

detail the procedures for ensuring LFC Enterprises and its affiliated businesses remain separate and distinct corporate entities, and how they are separate entities, and whether or not they each keep separate corporate records, which they do. The last phrase of the interrogatory is unclear as it is not clear whether it is asking for corporate records and/or documents detailing the procedures for ensuring the last time an audit was performed or whether it is asking for the date of the last time an audit was performed by or on behalf of any entity so described. It is further unclear as it does not describe any entity and therefore the defendant does not know how to answer the last part of this interrogatory. LFC Enterprises' financial statements, however, are generally audited annually.

LFC Agricultural Services, Inc          Hire Act Tax Credit

| Emp#   Co# | EmpName | | |
|---|---|---|---|
| 000882 62 | ABEL SOTELO | 443319 62 | JAVIER MEZA |
| 001603 62 | GILBERTO RAMIREZ | 443322 62 | GABRIEL NAVA |
| 002072 62 | MARIELA CHAVEZ | 443338 62 | CESAR MARTINEZ |
| 002091 62 | BLANCA GOMEZ | 443339 62 | DEMETRIO RAMIREZ |
| 002380 62 | FLORIBERTA ROBLERO | 443441 62 | CORNELIO SALVADOR |
| 002472 62 | RIGO LUGO | 481837 62 | ROMEO ABURTO |
| 002473 62 | EDUARDO PEREZ | 482058 62 | JOSE OXLAJ |
| 002475 62 | JOSE QUEBRADO | 482643 62 | DIEGO US |
| 002477 62 | ARMANDO PEREZ | 483236 62 | CLEMENTE SANCHEZ |
| 340080 62 | DIEGO IXCHACHAL | 483241 62 | ISRAEL  NAJERA |
| 340082 62 | GABRIEL SUAREZ | 483259 62 | JOSE LUIS GONZALEZ |
| 340118 62 | GUALBERTO MEDINA | 483260 62 | ALVARO CASTILLO |
| 340165 62 | PHANELY BELIZAIRE | 483285 62 | ROMERO MARTIRES |
| 340167 62 | DANIEL GUARCAX | 483295 62 | JOSE REYES |
| 340176 62 | ISAAC GUTIERREZ | 483304 62 | SELINA GARCIA |
| 340190 62 | MARIBEL BERDUGO | 483305 62 | TIOFILO SANTIAGO |
| 340193 62 | RONALDO ESPINOZA | 483309 62 | ANTONIO PEREZ |
| 340199 62 | ABNER IXCOY | 483318 62 | JOSE RAMIREZ |
| 340202 62 | LUCIENNE CHARLES | 483320 62 | ZOILA PEREZ |
| 340211 62 | OSCAR GARCIA | 483325 62 | ALBERTO MEJIA |
| 340264 62 | FEDELINE HYACINTHE | 483398 62 | GREGORIA LOPEZ |
| 401988 62 | FABIAN RAMIREZ | 492691 62 | ALICIA MONJARAS |
| 440092 62 | FERNANDO ESPIRIDION | 492694 62 | ADILENE ROSA |
| 440093 62 | MACRINA IGNACIO | 492704 62 | HUGO REYES |
| 441709 62 | ANGELICA ALMAZAN | 492705 62 | CLAODOVEO GUZMAN |
| 442881 62 | JAVIER RAMIREZ | 492715 62 | RIGOBERTO RODRIGUEZ |
| 443022 62 | ALEJANDRA AMBROCIO | 492720 62 | ANTONIO JACOME |
| | | 492722 62 | EDUARDO RODRIGUEZ |
| 443298 62 | GENARO GOMEZ | 492770 62 | L GREGORIO GARCIA |

LFC Agricultural Services, Inc          Hire Act Tax Credit

| | | | |
|---|---|---|---|
| 492779 62 | JUAN GARCIA | 536034 62 | MARCOS SANCHEZ |
| 492831 62 | LEONEL FLORES | 536082 62 | MAGDA LOUIS |
| 492834 62 | JOSE PEREZ | 536088 62 | JEAN LAZARRE |
| 492835 62 | REYMUNDO FRADO | 536092 62 | HENRI JOSEPH |
| 492840 62 | ERACLIO MEJIA | 536093 62 | JOSUE VICTOR |
| 502680 62 | JOSE RAMOS | 536094 62 | CLAUDETTE JOSEPH |
| 502687 62 | BLANCA LOPEZ | 536095 62 | MIRANA·BACE |
| 502788 62 | EVANS MANASSE | 536096 62 | GENEVIEVE BASTIEN |
| 502792 62 | SAUL PEREZ | 536097 62 | EMMANIE RIPHIN |
| 510047 62 | CAMERINO SOLIS | 536098 62 | ANICE TOUSSAINT |
| 510300 62 | JUAN CORREA | 536102 62 | MARIO PULIDO |
| 514023 62 | SAMUEL MORALES | 536113 62 | ERIC DORMEUS |
| 514405 62 | DAVID GARCIA | 536119 62 | VILMA TORRES |
| 515559 62 | ROSA VERDUGO V | 541523 62 | MATEO RUIZ |
| 515899 62 | JUAN HERNANDEZ | 541802 62 | DOMINGA FLORES |
| 516402 62 | FREDERICK BRUCE JR | 542211 62 | NERY GOMEZ |
| 517361 62 | ADRIAN  QUEZADA | 542535 62 | ANGEL SANCHEZ |
| 521138 62 | JOSE  ARIZMENDI | 543149 62 | REYNALDO VILLALON |
| 522454 62 | PAULA  GARIDO | 544165 62 | NORBERTO FLORES |
| 522873 62 | ALICIA ANTUNES | 544665 62 | MARIA ANGEL |
| 532973 62 | YOLENE GERMAIN | 544859 62 | IRMA GOMEZ |
| 533591 62 | MARIA MARTINEZ | 545026 62 | JUAN ABELLA |
| 534083 62 | JOSE MERIDA | 545068 62 | LEOCADIO GUZMAN |
| 534086 62 | PEDRO LOPEZ | 545235 62 | CRISTIAN MARTINEZ |
| 534088 62 | ARNOLDS VELASQUEZ | 545324 62 | EMILIO JUAREZ |
| 534181 62 | RENE ESPINOZA | 545418 62 | MIGUEL LOPEZ |
| 534204 62 | DANIEL ESCOBAR | 545717 62 | ANTONIO GOMEZ |
| 535416 62 | MARVIN GOMEZ | 546092 62 | ANTONIO CLIMACO |
| 535891 62 | MOISES CHIPAHUA | 546093 62 | FILBERTO CLIMACO |

2

LFC Agricultural Services, Inc          Hire Act Tax Credit

| | | | |
|---|---|---|---|
| 546099 62 | MARIANO SANTIZO | 572334 62 | JUAN DOMINGO |
| 546103 62 | RAMON GOMEZ | 572348 62 | FERNANDO PEREZ |
| 546137 62 | CARLOS JIMENEZ | 572355 62 | NOE RAFAEL |
| 546150 62 | JOSE NUNEZ | 572371 62 | JESUS AMBROCIO |
| 546171 62 | EUSEBIO HERNANDEZ | 572372 62 | ANDRES JUAN |
| 546207 62 | OSCAR ESCALANTE JR | 572387 62 | ESTEBAN PEREZ |
| 546210 62 | WALTER GOMEZ Z | 572392 62 | SAUL LOPEZ |
| 546222 62 | MOISES HERNANDEZ | 572394 62 | PEDRO SANTOS |
| 546237 62 | DAMIAN VELAZQUEZ | 641705 62 | FRANCISCO MORENO |
| 546445 62 | JOSE GARCIA | 655260 62 | PABLO RUFINO |
| 546457 62 | MARTIN DEJESUS | 656122 62 | IGNACIO M |
| 546459 62 | GUADALUPE GUTIERREZ | 656154 62 | LETICIA R |
| 546517 62 | ROGELIO SANTIZO | 657021 62 | GUDELIA GARCIA |
| 546533 62 | JULIO HERNANDEZ | 657552 62 | ANTONIA CRUZ |
| 546610 62 | EUGENIO RAMIRES | 658146 62 | LEYDER GUILLEN |
| 546765 62 | BRAYAN MORALES | 658412 62 | FELIX RODRIGUEZ |
| 546889 62 | REMIJIO C | 658417 62 | TOMAS SANCHEZ |
| 546900 62 | DAMIAN HERNANDEZ | 658418 62 | JUAN LOPEZ |
| 572178 62 | ROSALIO TECUM | 658438 62 | RAMON PEREZ |
| 572181 62 | CASSANDRA RAMIREZ | 658466 62 | NICANOR OLAN |
| 572185 62 | LEONARDO LOPEZ | 658474 62 | ALEJANDRO LUNA |
| 572188 62 | SERGIO VILLEDA | 658496 62 | AURELIO MORALES |
| 572189 62 | MARCELINO ANTONIO | 658544 62 | FRANCISCO GOMEZ |
| 572209 62 | ELMER LOPEZ | 658563 62 | CARLOS MARTINEZ |
| 572284 62 | EVERARDO CHONTECO | 658600 62 | ARNOLDO LOPEZ |
| 572303 62 | ABEL CRUZ | 658661 62 | MARIA NAVA |
| 572309 62 | LUIS PACHECO | 658706 62 | ATILANO GARCIA |
| 572321 62 | JOSE DOMINGO | 658707 62 | JOSE SANCHEZ |
| 572329 62 | ANTONIO RAMIREZ | 658715 62 | MIGUEL MEJIA |

LFC Agricultural Services, Inc          Hire Act Tax Credit

| | | | |
|---|---|---|---|
| 658734 62 | BAYRON GALINDO | 860014 62 | FERNANDO MAYA |
| 658739 62 | RUBEN MENA | 860052 62 | LUIS GUZMAN |
| 658745 62 | JULIO SOSA | | |
| 750861 62 | LUCIANO R | | |
| 751216 62 | MIGUEL BAUTISTA | | |
| 812526 62 | CRISTINA FUENTES | | |
| 812702 62 | TERRY DOCKERY | | |
| 812739 62 | EFIGENIA ORTIZ | | |
| 812762 62 | PASCUAL NUCAMENDI | | |
| 812785 62 | CARMEN LOPEZ | | |
| 812787 62 | MARIA PEREZ | | |
| 812790 62 | SILVIA REYES | | |
| 812796 62 | ROSALINDA SILVA | | |
| 858054 62 | JOSE ALONSO | | |
| 858362 62 | MARCOS GOMEZ | | |
| 858480 62 | RUBELI LEON | | |
| 858857 62 | DELFINA RUIZ | | |
| 859728 62 | MARCIAL HERNANDEZ | | |
| 859729 62 | TELESFORO LORENZO | | |
| 859793 62 | ALEJANDRO REYEZ | | |
| 859815 62 | MIGUEL CHAN | | |
| 859835 62 | MARIO MORALES | | |
| 859860 62 | ROCAEL LOPEZ | | |
| 859972 62 | REYNALDO LOPEZ | | |
| 859974 62 | MIGUEL LARA | | |
| 859975 62 | PEDRO SALINAS | | |
| 859983 62 | ANGEL HERNANDEZ | | |
| 859998 62 | FIDEL MORALES | | |
| 860005 62 | HIGINIO HERNANDEZ | | |