IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

KATHLEEN KITTERMAN, ANNA )
CRONIN, CORRIE BALL, MARVIN )
BALL, MARGARET BROGAN and )
EVAN JONES, )
                    )
    Plaintiffs, )
                    )
  v. )  CASE NO. 2:12cv146
                    )
CLAUDIO TOVAR-GUZMAN, )
FORTINO GARCIA AND SONS )
HARVESTING, INC., KUZZENS, )
INC., d/b/a LIPMAN, )
LFC AGRICULTURAL SERVICES, )
INC., d/b/a LIPMAN and LFC )
ENTERPRISES, INC., d/b/a )
LIPMAN, )
                    )
    Defendants. )
AND

KATHLEEN KITTERMAN and )
ANNA CRONIN, )
                    )
  Consolidated Plaintiffs,)
                    )  Case No. 2:14cv16
  v. )
                    )
LFC AGRICULTURAL SERVICES, )
INC., d/b/a LIPMAN and )
LFC ENTERPRISES, INC., )
d/b/a LIPMAN, )
                    )
  Consolidated Defendants.)
_____)

DEPOSITION OF GERARD B. ODELL, JR.

Monday, August 4th, 2014 - 9:10 a.m.

Reported by: Stephanie L. Warner
CSR No. 12334





EXHIBIT 6

1  A.         LFC Management would be the one in charge.  The
2  local salaried managers would be in charge of that.
3  Q.         Okay.  Now, does Kuzzens have an accounting
4  department?
5  A.         No.
6  Q.         That is done through LFCE?
7  A.         That is correct.
8  Q.         And similarly, the utility bills and, as you
9  said, fertilizer is paid by LFCE?
10 A.         Yeah, those bills would be paid out of our main
11 office in Immokalee.
12 Q.         Now, who is it that authorizes -- well, who is
13 it that determines when to send migrant and agricultural
14 workers to Kuzzens Farm to harvest the crops?
15 A.         We would -- as a management group, myself and
16 several other salaried employees would make that
17 determination.
18 Q.         Okay.  Now, as a management group, what Lipman
19 entity does that management group --
20 A.         That would be LFC Management.
21 Q.         LFC Management?
22 A.         Yeah.  I mean, that's who those -- the
23 individuals who make those decisions would be paid by
24 LFC Management for the most part.
25 Q.         Okay.  You know, I meant to ask you this



```
 1  employees?
 2  A.        They have a few or some full-time, hourly
 3  employees are also paid by LFC Ag.
 4  Q.        And those full-time, hourly employees are
 5  not -- are not in the field?
 6  A.        No, that would not be the case.  Many of them
 7  are in the field.  They are full-time, hourly employees
 8  that would be tractor drivers, people working
 9  irrigation, that sort of employee that would work
10  year-round for our company -- one of our companies.
11  Q.        Okay.  Now, I understand that LFC Ag. pays the
12  employees who work at Kuzzens Farm harvesting the crop?
13  A.        That is correct.
14  Q.        How does LFC Ag. obtain funds to pay these
15  employees?
16  A.        The funds are -- you know, funds come from the
17  general income of the company.  I don't know exactly how
18  it's distributed but they maintain a payroll account
19  which, you know, all the payroll checks are issued from
20  so they would -- you know, they would have a contract
21  with, say, for instance, a labor contractor to do the
22  payroll, to provide the payroll service for them for the
23  migrant workers that were working with that particular
24  contractor.
25  Q.        Okay.  So -- but LFC Ag. pays the migrant --
```



1  can I call them farm laborers instead of migrant
2  seasonal agricultural workers?  Do you understand what I
3  mean?
4  A.      Yes.
5  Q.      So LFC Ag. pays these farm workers.  Correct?
6  A.      That is correct.
7  Q.      They issue them W-2s.  Correct?
8  A.      That is correct.
9  Q.      And those W-2s identify they're employees of
10 LFC Ag; is that correct?
11 A.      That is correct.
12 Q.      And LFC Ag. pays workers' compensation for
13 these farm laborers.  Correct?
14 A.      We have a workmen's compensation account but
15 the -- but the contractor's also required to, you know,
16 carry liability insurance as well.
17 Q.      Okay.  But LFC Ag. pays workers'
18 compensation -- pays the premium for workers'
19 compensation for these workers.  Correct?
20 A.      They do pay a premium for workers'
21 compensation, that is correct.
22 Q.      Sorry.  I'm going through my notes and some of
23 these I've already asked so that's why there's a delay.
24         Now, is there any written agreement between any
25 LFC or any Lipman company and Kuzzens that permit the

