IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

KATHLEEN KITTERMAN,
ANNA CRONIN,
CORRIE BALL,
MARVIN BALL,
MARGARET BROGAN and
EVAN JONES,

    Plaintiffs,

vs.                          CASE NO.: 2:12cv146

CLAUDIO TOVAR-GUZMAN,

FORTINO GARCIA AND SONS
HARVESTING, INC., and,

KUZZEN'S,

    Defendants.
_____/



## DEPOSITION OF DAVID GARCIA

Taken on Behalf of the Plaintiffs

DATE TAKEN:    May 29, 2013

TIME:          12:27 p.m. - 1:36 p.m.

PLACE:         Gregory Court Reporting
                2650 Airport Road South, Ste. A
                Naples, FL 34112

Examination of the witness taken before:

Jan D. Bickford, Court Reporter
Gregory Court Reporting Service, Inc.
2650 Airport Road South, Suite A
Naples, Florida 34112
Telephone: (239) 774-4414    FAX: (239) 774-5261

**CERTIFIED COPY**



EXHIBIT 7

1  person?
2  A    No.
3  Q    Okay. Do you know his reputation for
4  truthfulness?
5  A    No.
6  Q    You don't know what other people think about him?
7  A    No.
8  Q    Okay. Other than seeing him in South Carolina on
9  the farms and in Virginia on the farm, do you see him in
10 Florida?
11 A    Yes.
12 Q    And you just -- is that also just a working
13 relationship?
14 A    Yes.
15 Q    Do you ever socialize with him outside the farm?
16 A    No.
17 Q    Now, in his deposition Fortino Garcia said that
18 Claudio Tovar-Guzman worked on Kuzzen's farm in June of
19 2011 and yet the paperwork doesn't show it.
20      Can you explain why?
21 A    No, I can't.
22 Q    Okay. Do you believe -- would you believe
23 Fortino Garcia when he says that Claudio Tovar-Guzman
24 worked on the farm in South Carolina?
25      MR. CASEY: Objection to form. You can answer it

1  if you know.
2  THE DEPONENT: Will you repeat the question
3  please?
4  BY MR. BROGAN:
5  Q   I asked whether you would believe Fortino Garcia
6  if he said that this guy, Claudio Tovar-Guzman, worked on
7  the farm -- Kuzzen's farm in South Carolina in June of
8  2011?
9  MR. CASEY: Same objection.
10 THE DEPONENT: If he says he was there, I would
11 just go by what he said.
12 BY MR. BROGAN:
13 Q   Okay.
14 A   But the records show that he was not there, I
15 guess.
16 Q   Okay. Do you know Victor Roman?
17 A   Victor Roman? I believe he's one of his bus
18 drivers.
19 Q   I believe he's a bus driver, yes.
20     Now, have you ever attended meetings on a
21 managerial level where you -- Lipman talked about hiring
22 of illegal aliens?
23 A   Have I ever attended a meeting that talked about
24 illegal aliens among things?
25 Q   Right.