# Agenda de la Reunión Móvil

Una reunión móvil se llevó a cabo en la Finca o Rancho No. 1, Labelle, FL el miercoles 3 de mayo del 2006 para informar y dar conocimiento de los siguientes asuntos:

Métodos/Procedimientos para pre-empleo

- Manual del Personal
    - El personal de las fincas son empleados y trabajan para LFC Agricultural Services
    - La Política de la Empresa sobre la edad mínima para trabajar es 18 años o mayor

Prácticas en el Empleo
- El líder de grupo es un supervisor el cual trabaja para LFC Agricultural Services
- Comentarios y explicación sobre la Política de quejas o reclamos
- Comentarios y explicación en relaciona los buzonesn de sugerencias en las que serán colocados en las facilidades de vivienda y en las oficinas de las fincas
- Comentarios y explicaciones sobre jornal o precios por pieza y los volantes de cheques de pago ( demostración de las traducciones)
- Comentarios y explicación del tiempo de viaje o transportación
    - De cualquier sitio a/desde la Finca 9 - 2 horas (1 hora de ida y 1 hora devuelta)
    - Finca 1 y 2 a/desde la Finca 15 - 2 horas (1 hora de ida y 1 hora devuelta)
    - Finca 7 a/desde la Finca 15 - 3 horas ( 1 ½ horas de ida y 1 ½ horas de vuelta)
    - Finca 1 a/desde la Finca 7 - 1 hora ( 30 minutos de ida y 30 minutos de vuelta)
  Comentarios y explicación de las horas de presentarse a trabajar y como éstas se pagarían
  Comentarios y explicación de el requisito que el personal iniciale la hoja diaria de trabajo
  Los líderes de grupos tienen que marcar su entrada en el programa Ag, al igual que todos los demás
- Comentarios y explicación de la responsabilidad de los líderes de grupo en llevar al personal o los grupos de las fincas o sembradíos a cualquier establecimiento que sea necesario, ya sea para atención médica o para alimentos.
- Anunciar la Feria de Salud
- Comentarios y explicación en relación a los accidentes, los cuales deben ser inmediatamente reportados y que todo el personal sepa que tiene derecho a atención médica.
- A ningún empleado/a se le requiere el tener que pagar para poder trabajar, por su vivienda o transportación, etc.

Reconozco y confirmo que participé en esta reunión y tuve oportunidad de hacer cualquier tipo de preguntas sobre los asuntos o tópicos más arriba delineados.

_____  _____5/3/06_____
Firma                    Fecha

Claudio Tovar Guzman
543050


EXHIBIT 9

Mobile Meeting Agenda

A mobile meeting was held at the farm or ranch number 1, Labelle, Fl Wednesday May 3, 2006 to inform and make aware the following matters:

Methods/procedures for pre-employment

- Personnel manual
  - Farm personnel are employees of and work for LFC Agricultural Services
  - The company policy on the minimum age for employment is 18 years or older

Employment practices

- The group leader is a supervisor who works for LFC Agricultural Services
- Comments and explanation of the complaint and grievance policy
- Comments and explanation related to the suggestion box which will be placed in the housing facilities and farm offices.
- Comments and explanations about wages, piece rate, and paycheck stubs/receipts (demonstration of the translations)
- Comments and explanation of travel time or transportation
  - From whichever site to/from Farm 9 – 2 hours (1 hour going and 1 hour returning)
  - Farm 1 & 2 to/from Farm 15 – 2 hours (1 hour going and 1 hour returning)
  - Farm 7 to/from Farm 15 – 3 hours (1 ½ hour going and 1 ½ hour returning)
  - Farm 1 to/from Farm 7 – 1 hour (30 minutes going and 30 minutes returning)

  Comments and explanation of the time to report to work and how you will be paid

  Comments and explanation of the requirement for staff to initial the daily worksheet.

  The group leaders have to mark their entrance into the program Ag, same as everyone else

  - Comments and explanation of the responsibilities of the group leaders to bring staff or the farm groups or crops to any location necessary for either medical care or food
  - Promote the Health Fair
  - Comments and explanation related to accidents, which should be reported immediately and that all staff know they have rights to medical attention
  - No employee is required to have to pay to work, for his/her housing or transportation

I recognize and confirm that I participated in this meeting and had the opportunity to ask any type of question about these matters or topics outlined above.