1    you personally?

2         A.    Personally myself.

3         Q.    Did you or your company notify LFC

4    Agricultural Services that you had hired this

5    particular driver to take the bus to Virginia?

6         A.    No.

7         Q.    Did you or your company notify LFC

8    Enterprises, Inc., that this particular driver had

9    been hired to take the bus from South Carolina to

10   Virginia?

11        A.    No.

12        Q.    Did you or your company notify Kuzzens,

13   Inc., that this particular driver had been hired

14   to take the bus from South Carolina so Virginia?

15        A.    No.

16        Q.    Did you or your company provide any

17   information about this driver to LFC Enterprises

18   or LFC Agricultural Services or Kuzzens, Inc.?

19        A.    No.

20        Q.    Did LFC Enterprises or LFC Agricultural

21   Services or Kuzzens, Inc., have any involvement in

22   the hiring of this particular driver to transport

23   your bus from South Carolina to Virginia in 2011?

24        A.    No.

25        Q.    Who gave the driver instructions as to



EXHIBIT
B 1 of 7

1    what the job was that he was being hired to do?

2        A.    Myself.

3        Q.    And who gave the driver permission to

4    operate the bus?

5        A.    Myself.

6        Q.    When he began driving the bus from South

7    Carolina, you mentioned that Tovar Guzman was also

8    on the bus with him, is that right?

9        A.    Correct.

10        Q.    Do you know if there was anybody else on

11    the bus with him?

12        A.    No, sir, not that I know.  Not when he

13    left.

14        Q.    Did you learn before or after the

15    accident that happened that the driver you had

16    hired had left the bus?

17        A.    No.

18        Q.    But at some point, you learned that he

19    had left the bus, is that right?

20        A.    After the accident, yes.

21        Q.    After the accident?

22        A.    Yes.

23        Q.    And did you learn that from Tovar Guzman?

24        A.    No.  They just call me.

25        Q.    Who called you?


EXHIBIT

B 2 of 7

1    A.    David Garcia called me and told me that

2  my bus had had an accident.

3    Q.    Who was the one that told you that the

4  driver you had hired was not driving it at the

5  time of the accident?

6    A.    When the cops was there, the guy -- Tovar

7  called me and told me that he was driving the bus,

8  and I told him not to drive the bus.  He wasn't

9  allowed to drive the bus whatsoever.

10    Q.    And just to be clear, your company and

11  you never hired Tovar Guzman to drive the bus,

12  correct?

13    A.    No.

14    Q.    Did you or your company hire Tovar Guzman

15  to drive the bus?

16    A.    No.

17    Q.    Did you or your company give Tovar Guzman

18  permission to drive the bus?

19    A.    No.

20    Q.    Did you know that he was driving the bus

21  before the accident?

22    A.    No.

23    Q.    You spoke to Tovar Guzman on the

24  telephone after the accident?

25    A.    No.

EXHIBIT

B 3 of 7

1  of them.

2      Q.   I understand that.  But after the season

3  is over, say, you're going back to Florida in

4  November or late October, what do you do with that

5  book?

6      A.   We keep it, the 6-Ls keeps a record of

7  everything, Kuzzens.

8          MR. BOBBY GARCIA:  Basically, that

9  notebook is pointless.  It's just to keep records

10 to write down at the end of the day.  When the

11 notebook is finished, it's gone.  We start a new

12 notebook.

13 BY MR. BROGAN:

14     Q.   So you don't keep that notebook?

15     A.   No.

16     Q.   The issue that we have here is that in

17 your first deposition, you said that Tovar Guzman

18 was working on Kuzzens farm harvesting tomatoes in

19 June of 2011, okay?

20     A.   Um-hmm.

21     Q.   Do you agree with that statement?

22     A.   Yes.

23     Q.   Do you agree that that statement is true

24 now?

25     A.   Yes.



1  permit it.  It's whether you know it's happened

2  before.

3      A.   Yes.

4  BY MR. BROGAN:

5      Q.   Yes, it has happened?

6      A.   Yes.

7      Q.   And that would explain how Tovar Guzman

8  was working for Kuzzens in June of 2011, on their

9  farm, and yet LFC Agricultural Services' records

10 do not necessarily show?

11         MR. HARMAN:  And I would object to the

12 form of that; calls for speculation.

13         MR. CASEY:  I join in the objection.

14         MR. BROGAN:  I withdraw the question and

15 will use it for argument, but, thank you.  And I

16 will move on.

17 BY MR. BROGAN:

18     Q.   Now, before 2011, how long had you worked

19 with Tovar Guzman?

20     A.   He worked for me for about two years.

21     Q.   Two?  He'd had been working for you since

22 2005, correct?

23     A.   I don't remember.

24     Q.   It was a long time he worked for you,

25 right?


EXHIBIT
B  5 of 7

1 it needed to get there that next morning?

2     A.   Right.

3     Q.   And it was imperative -- it was important

4 for him to get there the next morning?

5     A.   Right.

6     MR. BOBBY GARCIA:  It wasn't really that

7 important to get there, but, yeah.

8     MR. BROGAN:  It is his deposition.

9 BY MR. BROGAN:

10     Q.   So can you swear here that when you wrote

11 in that notebook the names of the people who

12 worked June 2011, that Tovar Guzman's name was in

13 that notebook as someone who was working in the

14 field in 2011?

15     A.   Yes.

16     Q.   His name was in that notebook for June

17 2011, working in Kuzzens field in South Carolina?

18 Yes?

19     A.   No, no, no.

20     Q.   No, it was not?

21     A.   No.

22     Q.   Why was his name not in the notebook?

23     A.   I don't remember why.  I don't remember.

24     Q.   I mean you said that if they worked in

25  the field, you kept that notebook --


EXHIBIT
B 6 of 7

1  laborers for Kuzzens farm?

2      A.   Yes.

3      Q.   You employ them personally?

4      A.   They come to us, yes.  They give us their

5  ID.  We get them registered.  Take them to the

6  office.  And everything is good, 6-Ls put them to

7  work, yes.

8      Q.   You keep saying "6-Ls."  Who is 6-Ls?

9          MR. BOBBY GARCIA:  They have different

10 names of companies.  We always known when we

11 started, it's 6-Ls.

12         MR. BROGAN:  I will get it from him.

13     A.   Now it's Lipman.

14         MR. HARMAN:  Let me just say.  He said

15 personally.  I think it's the company, but he

16 personally for the company is the man making the

17 decision.

18         MR. BROGAN:  I agree, yes.

19 BY MR. BROGAN:

20     Q.   So you keep saying 6-Ls.  6-Ls is how

21 these various farms that now under the control of

22 what they call "Lipman" used to be known?

23     A.   Yes.

24     Q.   At some point in the last, I don't know,

25 few years, they changed from 6-Ls to Lipman,

EXHIBIT

B 7 of 7